United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> PLENTY UNLIMITED TEXAS LLC, <br><br>                                Debtor. <br> Tax I.D. No. 33-4083500 | Chapter 11 <br><br> Case No. 25-90105 (CML) |
| In re: <br><br> PLENTY UNLIMITED INC., <br><br>                                Debtor. <br> Tax I.D. No. 81-1900916 | Chapter 11 <br><br> Case No. 25-90106 (CML) |
| In re: <br><br> MJNN LLC, <br><br>                                Debtor. <br> Tax I.D. No. (N/A) | Chapter 11 <br><br> Case No. 25-90107 (CML) |
| In re: <br><br> WHITE FARMS LLC, <br><br>                                Debtor. <br> Tax I.D. No. (N/A) | Chapter 11 <br><br> Case No. 25-90108 (CML) |
| In re: <br><br> BLUE GARDENS LLC, <br><br>                                Debtor. <br> Tax I.D. No. 84-2338487 | Chapter 11 <br><br> Case No. 25-90109 (CML) |

| | |
|---|---|
| In re:<br><br>BRIGHT AGROTECH, INC.,<br><br>          Debtor.<br>Tax I.D. No. 81-4954106 | Chapter 11<br><br>Case No. 25-90110 (CML) |
| In re:<br><br>P F2 VA LLC,<br><br>          Debtor.<br>Tax I.D. No. 88-3589633 | Chapter 11<br><br>Case No. 25-90111 (CML)<br><br>(Emergency Hearing Requested) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION
OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

(Related to Docket No. 2)

Upon the emergency motion ("Motion")[1] of Plenty Unlimited Texas LLC, and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing the joint administration of the chapter 11 cases for procedural purposes only, as more fully described in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of Texas*; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

2

of the Debtors' estates, their creditors and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above referenced cases are jointly administered for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Plenty Unlimited Texas LLC, Case No. 25-90105 (CML). All of the jointly administered cases are assigned to Judge Lopez.

2. Additionally, the following checked items are ordered:

   a. ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

   b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c. ☒ Other: See below.

3. The caption of the jointly administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| In re: | Chapter 11 |
|---|---|
| PLENTY UNLIMITED TEXAS LLC, *et al.*[1] | Case No. 25-90105 (CML) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Plenty Unlimited Texas LLC (3500); Plenty Unlimited Inc. (0916); MJNN LLC (N/A); White Farms LLC (N/A); Blue Gardens LLC (8487); Bright Agrotech, Inc. (4106); and P F2 VA LLC (9633). The Debtors' service address is 1461 Commerce Drive, Laramie, WY 82070.

4. A docket entry, substantially similar to the following, shall be entered on the docket in each of the chapter 11 cases (other than the chapter 11 case of Plenty Unlimited Texas LLC) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the Bankruptcy Local Rules for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Plenty Unlimited Texas LLC, Case No. 25-90105 (CML), Plenty Unlimited Inc., Case No. 25-90106 (CML), MJNN LLC, Case No. 25-90107 (CML), White Farms LLC, Case No. 25-90108 (CML), Blue Gardens LLC, Case No. 25-90109 (CML), Bright Agrotech, Inc., Case No. 25-90110 (CML), and P F2 VA LLC, Case No. 25-90111 (CML). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-90105 (CML).**

5. The requirement of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) for the inclusion of the Debtors' full tax identification numbers in the captions for the Debtors' filings with the Court and notices sent to creditors is waived.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for the chapter 11 cases.

7. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion under the circumstances and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

10. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this order.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Signed: March 24, 2025

_____
Christopher Lopez
United States Bankruptcy Judge