**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PLENTY UNLIMITED TEXAS LLC, *et al.*,[1] | Case No. 25-90105 (CML) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS FOR**
**PLENTY UNLIMITED INC. (CASE NO. 25-90106)**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Plenty Unlimited Texas LLC (3500); Plenty Unlimited Inc. (0916); MJNN LLC (N/A); White Farms LLC (N/A); Blue Gardens LLC (8487); Bright Agrotech, Inc. (4106); and P F2 VA LLC (9633). The Debtors' service address is 1461 Commerce Drive, Laramie, WY 82070.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PLENTY UNLIMITED TEXAS LLC, *et al.*,[1] | Case No. 25-90105 (CML) |
| | (Jointly Administered) |
| Debtors. | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY
AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Plenty Unlimited Texas LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "Global Notes") pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.

The Schedules and Statements have been prepared based on information provided by the Debtors' management personnel and their professional advisors, and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Plenty Unlimited Texas LLC (3500); Plenty Unlimited Inc. (0916); MJNN LLC (N/A); White Farms LLC (N/A); Blue Gardens LLC (8487); Bright Agrotech, Inc. (4106); and P F2 VA LLC (9633). The Debtors' service address is 1461 Commerce Drive, Laramie, WY 82070.

inaccuracies may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

In reviewing and signing the Schedules and Statements, Daniel Malech, the Debtors' Interim Chief Executive Officer, has necessarily relied upon the efforts, statements, and representations of the Debtors' employees, personnel, and professionals. Mr. Malech has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, Mr. Malech), do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, Mr. Malech) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or their past or present directors, officers, employees, attorneys, professionals and/or agents (including, but not limited to, Mr. Malech) be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Reservation of Rights**. Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

**Description of the Cases and "As of" Information Date**. On March 23, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under sections 101-1532 of the Bankruptcy Code. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors included in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances. Additional information about these chapter 11 cases, court filings, and claims information is available on the Debtors' restructuring website: https://cases.stretto.com/PlentyUnlimited/.

The information contained in Schedules A/B, D, E, F, G, and H represents data of the Debtors as of March 22, 2025.

**Basis of Presentation**. The Debtors prepare consolidated financial statements, which were not audited for fiscal year 2023 or fiscal year 2024. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Therefore, combining the assets and liabilities set forth in the Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtors prepared on a consolidated basis under GAAP. As of the Petition Date, the Debtors did not conduct their normal accounting close process, therefore the normal procedures for reconciling accounts recording and/or adjusting entries, and preparing financial statements (for the period ending as of the Petition Date) was not completed. As such, the Debtors developed the information presented in the Schedules and Statements as of the Petition Date based on currently available and accessible information, and in certain instances, amounts may reflect estimates. The subsequent receipt of additional data and information, including but not limited to vendor invoices, could be material. Moreover, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than reporting by legal entity, it is possible that not all assets, liabilities or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard. Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent a Debtor shows more assets than liabilities, it is not an admission that the Debtor was solvent as of the Petition Date or at any time prior thereto. Likewise, to the extent a Debtor shows more liabilities than assets, it is not an admission that the Debtor was insolvent at the Petition Date or any time prior thereto.

**Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Intellectual Property Rights and Other Intangibles.** Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The value of the Debtors' intellectual property and license agreements are contingent and unliquidated. The Debtors' other

intangibles and intellectual property are listed on Schedules A/B 60 through 64. The current value for these assets is listed as unknown.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) current or former directors, officers, or persons in control of the Debtors; (b) relatives of current or former directors, officers, or persons in control of the Debtors; (c) a partnership in which any of the Debtors is a general partner; or (d) an affiliate of the Debtors.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to: (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

      a.    **Current Market Value – Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of resources for the Debtors to obtain current market valuations for all of the assets of their estates.  Additionally, such an exercise may impede the Debtors' ongoing marketing and sale process.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value of such assets.

      b.    **Setoffs**.  To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements.  The Debtors and their estates reserve all rights with respect to any such setoffs.

      c.    **Credits and Adjustments**.  Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

      d.    **Equipment Leases**.  Prior to the Petition Date, the Debtors leased certain equipment from certain third-party lessors for use in the maintenance of their business.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination

of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

        e.      **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, executory contracts and unexpired leases have been set forth solely on Schedule G.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

        f.      **Inventory.** Inventory is reflected at the Debtors' Compton, California premises as of the date the Debtors' exited such premises (prior to the Petition Date). No effort has been undertaken to value such inventory. Moreover, locations provided with respect to the Debtors' inventory in the Schedules and Statements are the Debtors' best estimates and may be inadvertently inaccurate because physical inventory was not undertaken prior to the Petition Date.

**Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of filing the Schedules and Statements.  If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

**Estimates**.  The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured nonpriority," or (c) listing a contract or lease on Schedule G as "executory" or "expired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization or the structure of any transaction, or any document or instrument related to such creditor's claim.

**Claims Description**.  The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

**Guaranties and Other Secondary Liability Claims**.  Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H.  Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

**Court Orders**. Pursuant to certain final "first day" orders entered by the Bankruptcy Court (the "First Day Orders"), the Debtors were authorized (but not directed) to pay or satisfy, among other things, certain prepetition obligations owing to employees, independent contractors, employment vendors, taxing authorities, banks and credit card providers. *See* Docket Nos. 59- 63. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are satisfied pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements as is necessary or appropriate.

**Personally Identifiable Information**. In accordance with the relief granted in the *Order (I) Authorizing the Debtors to (A) File a Consolidated (1) Creditor Matrix and (2) Top Thirty Creditors List, (B) Authorizing Redaction of Certain Personal Information, and (C) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases; and (II) Granting Related Relief* [Docket No. 58] and due to the need to protect confidential information and individual privacy, the names and home addresses of individuals have been redacted from the Schedules and Statements.

**Contingent Assets**. The Debtors believe that they may possess certain claims and causes of action against various parties. The Debtors may also possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

**Interest in Subsidiaries and Affiliates**. Debtor Plenty Unlimited Inc. owns 100% of the equity interests in Debtors MJNN LLC, White Farms LLC, Blue Gardens LLC, Bright Agrotech, Inc., PF2 VA LLC, and Plenty Unlimited Texas LLC. Debtor Plenty Unlimited Inc. also owns 100% of

the equity interests in non-debtor dormant entity Plenty Japan KK. Each Debtor's Schedule A/B Part 4, Question 15.1 or Statement Part 13, Question 25 schedules its ownership interests, if any, in its subsidiaries and affiliates. Assets such as investments in subsidiaries are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values.

**Payments**. The financial affairs and businesses of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System") (as described in greater detail in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 11]. Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, as is necessary or appropriate. Payments made are listed by the legal entity making such payment notwithstanding that many such payments may have been made on behalf of another legal entity.

## NOTES FOR SCHEDULES

**Schedule A/B – Assets – Real and Personal Property**.  The information in response to this Schedule lists closing bank account balance as of the Petition Date. See ***Interest in Subsidiaries and Affiliates*** discussion in the Schedules section of these Global Notes.

**SOAL A/B Question 7**: Information in this Schedule is presented as of March 22, 2025. The Debtors were required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. In addition, the Debtors have caused letters of credit to be issued in favor of certain third parties, including landlords to secure obligations under executory contracts, including leases. Any cash collateral securing letters of credit is reflected as a security deposit in Schedule A/B. The Debtors reserve all rights with respect to the characterization and treatment of such instruments.  The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified. The deposits shown are estimates as of the Petition Date.

**SOAL A/B Question 8:** The Debtors were required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. Some of these prepayments include insurance policies with annual premiums paid in a single lump sum upfront amortized over the policy period and/or monthly upfront installment payments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if prepayments are incorrectly identified.  Moreover, the retainer amounts paid by the Debtors to their bankruptcy co-counsel, Sidley Austin LLP and Wilson Sonsini Goodrich & Rosati, P.C., their financial advisor, CBMN Advisors LLC d/b/a Uzzi

& Lall, and their administrative advisor, Stretto, Inc., on an earned upon receipt basis, do not constitute an interest of the Debtors in property and thus are not listed. These amounts paid are listed in response to Statement 11.

The Debtors maintain their books and records on an accrual basis. Accordingly, certain terms listed in Schedule A/B, Part 2, are listed in the Debtors' books and records as prepayments or deposits, but are, in fact, payments made for certain future expenses or invoices.

**SOAL A/B, Part 5, Question 19 – Raw Materials.** The raw materials inventory of Debtor Plenty Unlimited Inc. consists of substrate to plant crops, packaging and crop protection. Prior to the Petition Date, the Debtor did not regularly conduct a physical inventory of these raw materials. The raw materials inventory of Debtor P F2 VA LLC consists of substrate to plant strawberries and crop protection. Given that Debtor P F2 VA LLC's site has recently opened, no physical inventory of such raw materials was performed prior to the Petition Date. As a result, the valuation method used for current value of such materials is fair value and the current value of such materials is listed as "Unknown."

**SOAL A/B, Part 5, Question 20 – Work in Progress.** Debtor Plenty Unlimited Inc.'s primary products, leafy greens, were typically picked and shipped in a matter of days, with no work in progress. Debtor P F2 VA LLC's strawberry plants and the strawberries on them are owned by Driscoll's until they are picked and therefore do not result in work in progress.

**SOAL A/B, Part 5, Question 21 – Finished Goods.** The Debtors' inventory, fresh produce, is generally picked, packaged and shipped in a matter of days. As a result, prior to the Petition Date, the Debtors did not account for finished goods.

**SOAL A/B, Part 5, Question 22 – Other Inventory and Supplies.** For Debtor P F2 VA LLC, other inventory consists of spare parts located in Richmond, Virginia. Given that this site recently opened, the Debtors had not performed a physical inventory of such spare parts prior to the Petition Date. For Debtor Plenty Unlimited Inc., other inventory consists of spare parts located in South San Francisco and Compton, California. No inventory of such spare parts has been performed and their net book value has been provided at cost. The Debtors have used reasonable efforts to identify the location of spare parts, but locations may have changed since the Petition Date. The valuation method used to determine the current value of such inventory or supplies is fair value and the current value of such inventory and supplies is listed as "Unknown."

**SOAL A/B, Part 5, Question 25 – Property Listed in Part 5 Purchased Within 20 Days Before the Bankruptcy Was Filed.** Goods purchased within the twenty (20) days before the Petition Date consist of purchase orders and inventory receipts within the twenty (20) day period. However, a physical inventory of such goods has not been performed and therefore the information provided in response to this question does not represent the Debtors' physical possession of all such property as of the Petition Date. Moreover, the amounts listed in response to Part 5, Question 5 should not be interpreted as an estimate of claims pursuant to Bankruptcy Code section 503(b)(9).

**SOAL A/B, Part 6, Question 28 – Crops.** The Debtors do not own planted or harvested crops. All strawberry plants and strawberries are owned by Driscoll's.

**SOAL A/B, Part 6, Questions 29-35 – Farm Animals, Farm Machinery and Equipment, Farm Supplies.** The Debtors' farming operations do not involve the use of farm animals. Moreover, given that the Debtors operate an indoor vertical farm, their farming operations do not involve the use of traditional farming equipment such as tractors, combines, etc. To the extent that Debtor P F2 VA LLC uses equipment in its farming operations, such equipment is included in "Construction in Progress" described in SOAL A/B, Part 8, Item 50 and is treated the same in the Debtor's books and records. Likewise, any crop chemicals used in the Debtors' farming operations are included in the Debtors' response to SOAL A/B, Part 5, Question 22.

**SOAL A/B, Part 7, Questions 39 and 41 – Office Furniture, Furnishings, and Equipment**. The Debtors' office equipment, furnishings, and supplies are capitalized based on their accounting policies and procedures. The asset values are listed at fair value for Debtor Plenty Unlimited Inc., resulting in an "Unknown" current value for such assets. For Debtor P F2 VA LLC all office furniture located in Richmond, Virginia has been included in the description of "Construction in Progress" in SOAL A/B, Part 8, Item 50.

**SOAL A/B, Part 8, Item 50 – Other Machinery and Equipment**. With respect to Debtors Plenty Unlimited Inc. and P F2 VA LLC certain "Construction in Progress" amounts provided in the Schedules include invoiced amounts which were unpaid by the Debtors as of the Petition Date. As a result, certain of these amounts, which are presented as assets of the Debtors in the Schedules, are actually payables of the Debtors' estates. To reflect this, such assets are valued at fair value in the Schedules and the current value of the Debtors' interest in such assets is listed as "Unknown."

**SOAL A/B, Part 10, Items 60 and 61 – Patents, Copyrights, Trademarks, Trade Secrets, Internet Domain Names and Websites**. The Debtors' ownership interests in their intellectual property are shown as unknown. The Debtors do not list such assets on their books and records and have not performed a valuation analysis regarding such assets.

**SOAL A/B, Part 11, Item 62 – Licenses, Franchises, and Royalties.** Two of the Debtors' employees hold private pesticide applicator licenses in service of their work for Debtors Plenty Unlimited Inc. and P F2 VA LLC. These licenses have been included in the Schedules and Statements out of an abundance of caution.

**SOAL A/B, Part 11, Item 63 – Customer Lists, Mailing Lists and Other Compilations.** The Debtors maintain customer and mailing lists but do not sell or otherwise monetize such lists. Accordingly, the Debtors have presented the net book value, valuation method, and current value of such lists as unknown.

**SOAL A/B, Part 11, Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs).** As indicated by the Debtors' response to this Question 72 and as described more fully in that certain *Debtors' Emergency Motion for Entry of an Order (I) Approving Notification and Hearing Procedures for Certain Transfers of, and Declarations of Worthlessness With Respect To, Equity Interests and for Certain Transfers of Claims Against Debtors; and (II) Granting Related Relief* [Docket No. 8], for the past several years, the Debtors have accrued certain tax credits, including state and federal net operating losses ("NOLs") and state R&D credits, which may be used to offset future tax liabilities. For a variety of reasons, it is uncertain whether the Debtors will be able to carry forward these tax attributes and offset tax liability for future years as a result of the NOLs

and credits. As a result, such NOLs and credits have been presented in these Schedules and Statements with the current value of the Debtor's interest indicated as "Unknown."

**SOAL A/B Question 74 – Causes of Action Against Third Parties.** Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws.  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**<u>Schedule D – Creditors Who Have Claims Secured by Property</u>**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies, and other parties that may hold security deposits.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to.

The Debtors are aware that certain contractors, subcontractors, and vendors/suppliers, including those who have asserted or may assert certain liens under Virginia's mechanic's and materialmen's lien statute, have asserted or may assert claims or liens with respect to work provided at the Debtors' Virginia strawberry farm facility located at 13500 North Enon Church Road, Chester, Virginia 23836. The Debtors have disputed or may dispute the assertion of such claims and/or liens on various grounds, including based on compliance or non-compliance, as applicable, with

any order of the Bankruptcy Court setting requirements for the assertions of such claims and/or liens. Accordingly, the Debtors have listed claims of contractors, subcontractors, and vendors/suppliers, including those who have asserted or may assert certain liens under Virginia's mechanic's and materialmen's lien statute, on Schedule E/F as "unsecured," pending determination of the legal rights, if any, of such claimants.

**Schedule E/F – Creditors Who Have Unsecured Claims.**

**Part 1**.  The Debtors reserve all rights to dispute the amount and/or the priority status of any claim on Schedule E/F on any basis at any time. Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits and/or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as "Undetermined" in amount, pending final resolution of ongoing audits or other outstanding issues.

**Part 2**.  Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of March 22, 2025.  Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F.  The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these chapter 11 cases. Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these chapter 11 cases.

Schedule E/F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor (even though the litigation may actually impact another Debtor or non-Debtor affiliate).

**Schedule G – Executory Contracts and Unexpired Leases**.  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G. Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or other agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts,

unexpired leases, and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable. The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements that may not be listed on Schedule G.

Certain confidentiality, non-disclosure, and non-compete agreements may not be listed on Schedule G. Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

**Schedule H - Codebtors.** Although commercially reasonable efforts have been made to ensure the accuracy of Schedule H regarding executory contracts under which multiple Debtors have obligations, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule H. Omission of a contract, lease, or other agreement from Schedule H does not constitute an admission that such omitted contract, lease, or other agreement is not an obligation of multiple Debtors in these chapter 11 cases. Schedule H may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which multiple of the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule H at this time.

## NOTES FOR STATEMENTS

**Statement 1**. The information provided in response to this Statement reflects Gross Revenue by the Debtors in fiscal year 2023, fiscal year 2024 and year-to-date for fiscal year 2025 as of March 23, 2025.

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within ninety (90) days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statements 4 and 11, respectively. Additionally, Statement 3 includes aggregate payments made to the providers of the Debtors' corporate credit cards as well as individual payments made to individual vendors using the Debtors' corporate credit cards. To accurately reflect the discrepancy in dates between when the corporate credit cards are paid and the individual payments are paid, the Debtors have listed these transactions twice. To avoid

unnecessary duplication, payments made to the Debtors' professionals are not listed in Statement 3, but are instead only reflected in Statement 11.

**Statement 4**.  Statement 4 has been presented on a gross payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.

**Statement 7**.  The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).  The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

**Statement 11**. All payments made to any entities that provided services in the one (1) year-period prior to the Petition Date to the Debtors related to consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy are listed on that Debtor's response to Statement 11. Statement 11 also includes payments remitted to GLAS USA, LLC, Moses Singer LLP, Davis Polk & Wardwell LLP, Sullivan & Cromwell LLP, and Porter Hedges LLP, for services provided to the Debtors' prepetition agent and lenders with respect to the "Bridge Loan" prior to the filing of these chapter 11 cases, as described in greater detail by the *Declaration of Daniel Malech In Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 24]. Additional information regarding the Debtors' retention of professional service firms will be more fully described in individual retention applications and related orders.

**Statement 13.**  As set forth in greater detail in the Cash Management Motion, given the interconnected nature of the Debtors' business, Debtor Plenty Unlimited Inc. transfers funds (typically around once a month) to Debtor P F2 VA LLC to support Debtor P F2 VA LLC's operations. These transactions are trackable but given that they occurred from time to time in the ordinary course of business, the Debtors did not list all instances of such transactions in these Schedules and Statements.

**Statement 14.**  The Debtors have vacated and turned over the keys to the landlord of the following premises as of March 21, 2025: (i) 570 Eccles Avenue, South San Francisco, California 94080, (ii) 582 Eccles Avenue, South San Francisco, California 94080, (iii) 590 Eccles Avenue, South San Francisco, California 94080, (iv) 126 E. Oris Street, Compton, California 90222, and (v) 13203 North Enon Church Road, Chester, Virginia 23826. The addresses of these premises have been included in the Debtors' response to this Statement 14 out of an abundance of caution.

**Statement 24.**  As of the date of filing these Schedules and Statements, the Debtors are not aware of any unplanned release of hazardous materials and have not notified any governmental unit of any such release. However, at their remaining operational farm the Debtors regularly engage in the disposal of hazardous materials in the ordinary course of business. Prior to the prepetition surrender of access to the Debtors' former premises in South San Francisco and Compton, California, the Debtors began the process of removing hazardous materials from such premises. Without access to such premises, the Debtors have a decreased ability to monitor materials located therein. As of the date of filing these Schedules and Statements, the Debtors are continuing to engage with professionals to understand the status of remaining hazardous materials at such

premises (if any) and any go-forward obligations the Debtors have with respect to such premises under applicable law.

**Statement 26d**. The Debtors provided financial statements in the ordinary course of their businesses to various parties upon request within two (2) years immediately before the Petition Date but did not regularly maintain records of when such financials were provided or who made the request. Additionally, from time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors and landlords and their legal and financial advisors. The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in Part 13, Question 26 of the Statements.

**Statement 27.** Given the short-lived nature of the Debtors' products (strawberries), the Debtors' inventory tends to be very low and immaterial for purposes of financial reporting. Therefore, no physical inventory has been taken.

**Statement 30.** Information provided in response to this Statement 30 may be found in Statement 4.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the Debtors. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note in any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PLENTY UNLIMITED INC., *et al.*[1] | Case No. 25-90106 (CML) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS FOR**
**PLENTY UNLIMITED INC. (CASE NO. 25-90106)**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Plenty Unlimited Texas LLC (3500); Plenty Unlimited Inc. (0916); MJNN LLC (N/A); White Farms LLC (N/A); Blue Gardens LLC (8487); Bright Agrotech, Inc. (4106); and P F2 VA LLC (9633). The Debtors' service address is 1461 Commerce Drive, Laramie, WY 82070.

**Fill in this information to identify the case:**

Debtor name: Plenty Unlimited Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number: 25-90106

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>01/01/2025 | to          Filing Date | ☑ Operating a business<br>☐ Other | $0.00 |
| **For prior year:** | From<br>1/1/2024 | to<br>12/31/2024 | ☑ Operating a business<br>☐ Other | $4,475,832.18 |
| **For the year before that:** | From<br>1/1/2023 | to<br>12/31/2023 | ☑ Operating a business<br>☐ Other | $1,250,790.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2025 | to Filing Date | Miscellaneous Revenue - Interest Income, Non-Trade Income, Sale of Furniture/Equipment Related to Site Closure | $150,249.18 |
| **For prior year:** | From 1/1/2024 | to 12/31/2024 | Miscellaneous Revenue - Interest Income, Non-Trade Income, Sale of Furniture/Equipment Related to Site Closure, Sublease Income | $2,427,903.30 |
| **For the year before that:** | From 1/1/2023 | to 12/31/2023 | Miscellaneous Revenue - Interest Income, Non-Trade Income, Sale of Furniture/Equipment Related to Site Closure | $3,815,585.45 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1 See "SOFA 3 Attachment" | | $22,062,975.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 See "SOFA 4 Attachment" <br><br> Relationship to debtor | | $2,998,557.33 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 Lyco Manufacturing, Inc. <br> 115 Commercial Drive PO Box 31 <br> Columbus, WI 53925 | 1 Micro Drum Screen - This Property was Repossessed by Vendor | 12/1/2024 | $105,000.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 Prologis USLV Subreit 2, LLC <br> Attn: SFO 20 Property Manager <br> 3353 Gateway Blvd <br> Fremont, CA 94538 | Drew Cash Collateral for Letter of Credit in relation to the San Francisco Office Leases <br><br> Last 4 digits of account number <br> 3373 | 1/24/2025 | $250,168.42 |
| 6.2 Prologis USLV Subreit 2, LLC <br> Attn: SFO 20 Property Manager <br> 3353 Gateway Blvd <br> Fremont, CA 94538 | Drew Cash Collateral for Letter of Credit in relation to the San Francisco Office Leases <br><br> Last 4 digits of account number <br> 3388 | 1/27/2025 | $46,881.64 |
| 6.3 Prologis USLV Subreit 2, LLC <br> Attn: SFO 20 Property Manager <br> 3353 Gateway Blvd <br> Fremont, CA 94538 | Drew Cash Collateral for Letter of Credit in relation to the San Francisco Office Leases <br><br> Last 4 digits of account number <br> 3373 | 3/11/2025 | $500,336.84 |

| 6.4 | | | | |
|---|---|---|---|---|
| Prologis USLV Subreit 2, LLC<br>Attn: SFO 20 Property Manager<br>3353 Gateway Blvd<br>Fremont, CA 94538 | | Drew Cash Collateral for Letter of Credit in relation to<br>the San Francisco Office Leases | 3/11/2025 | $93,763.28 |
| | | Last 4 digits of account number<br>3388 | | |

---

**Part 3:**  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | | | Status of case |
|---|---|---|---|---|---|

**7.1**

| | | | | | |
|---|---|---|---|---|---|
| **Name**<br>Alliance Industrial Refrigeration Services, Inc. v. Plenty Unlimited Inc. et al | Breach of contract | **Name**<br>Los Angeles County Superior Court, California | | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | | **Street**<br>111 N. Hill Street | | | |
| **Case number**<br>25STCV07969 | | **City**<br>Los Angeles | **State**<br>CA | **Zip**<br>90012 | |

**7.2**

| | | | | | |
|---|---|---|---|---|---|
| **Name**<br>Century Construction Company Inc. v. Realty Income Properties 9, LLC et al. | Mechanics Lien | **Name**<br>Circuit Court for Chesterfield County | | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | | **Street**<br>PO Box 125, 9500 Courthouse Road, 2nd Floor | | | |
| **Case number**<br>CL25002313-00 | | **City**<br>Chesterfield | **State**<br>VA | **Zip**<br>23832 | |

**7.3**

| | | | | | |
|---|---|---|---|---|---|
| **Name**<br>Electrical Controls & Maintenance v. The Whiting-Turner Contracting Company; Realty Income Properties 9, LLC; P F2 VA, LLC, Plenty unlimited Inc.; Trane U.S., Inc. and Industrial Turnaround Corporation | Mechanics Lien | **Name**<br>Circuit Court for Chesterfield County | | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | | **Street**<br>PO Box 125, 9500 Courthouse Road, 2nd Floor | | | |
| **Case number**<br>CL25000363-00 | | **City**<br>Chesterfield | **State**<br>VA | **Zip**<br>23832 | |

**7.4**

| | | | | | |
|---|---|---|---|---|---|
| **Name**<br>Erika Page v. Plenty Unlimited Inc. | Demand Letter for Wrongful Termination | **Name** | | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | | **Street** | | | |
| **Case number**<br>N/A | | **City** | **State** | **Zip** | |

**7.5**

| | | | | | |
|---|---|---|---|---|---|
| **Name**<br>Rebecca Kinchen | Former employee with wrongful termination claims. | **Name** | | | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | | **Street** | | | |
| **Case number**<br>N/A | | **City** | **State** | **Zip** | |

**7.6**

**Name**
The Whiting Turner Contracting Company v. Realty Income Properties 9, LLC et al.

**Case number**
CL25002699-00

Mechanics Lien

Name
Circuit Court for Chesterfield County

Street
PO Box 125, 9500 Courthouse Road, 2nd Floor

| City | State | Zip |
|------|-------|-----|
| Chesterfield | VA | 23832 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

---

**7.7**

**Name**
The Whiting-Turner Contracting Company v. Plenty unlimited Inc.

**Case number**
3:24-cv-00855-DJN

Contract Default

Name
U.S. District Court of, Eastern District of Virginia (Richmond)

Street
701 East Broad Street

| City | State | Zip |
|------|-------|-----|
| Richmond | VA | 23219 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

---

**7.8**

**Name**
Therese Ferrara v. Plenty Unlimited Inc.

**Case number**
01-25-0000-5376

Contract Default

Name
American Arbitration Association

Street
1101 Laurel Oak Road

| City | State | Zip |
|------|-------|-----|
| Voorhees | NJ | 08043 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

---

**7.9**

**Name**
Tyrone Anthony Demery v. Bluecrew, LLC., et al

**Case number**
23STCV15288

Other Employment Complaint

Name
Los Angeles County Superior Court, California

Street
Spring Street Courthouse 312 North Spring Street

| City | State | Zip |
|------|-------|-----|
| Los Angeles | CA | 90112 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

---

**7.10**

**Name**
Vanessa Cabrera v. Plenty Unlimited, Inc. et al.

**Case number**
24CMCV01880

Wrongful Termination

Name
Los Angeles County Superior Court, California

Street
Compton Courthouse 200 West Compton Blvd.

| City | State | Zip |
|------|-------|-----|
| Compton | CA | 90220 |

- ☐ Pending
- ☐ On appeal
- ☑ Concluded

---

**7.11**

**Name**
Westcore Alpha Alameda, LLC v. Blue Gardens LLC, Plenty Unlimited Inc and DOES1 through 25

**Case number**
25CMCV00312

Recovery of Rent and Possessions

Name
Los Angeles County Superior Court, California

Street
Compton Courthouse 200 West Compton Blvd.

| City | State | Zip |
|------|-------|-----|
| Compton | CA | 90220 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 | Case title | Court name and address |
| Custodian's name and address | | Name |
| Street | Case number | |
| City          State          Zip | Date of order or assignment | Street |
| | | City          State          Zip |

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name Compton Run Club | Cash Donation | 8/23/2023 | $3,000.00 |
| Street 11800 Antwerp Ave | | | |
| City Los Angeles    State CA    Zip 90059 | | | |
| Recipient's relationship to debtor | | | |
| 9.2 Recipient's name KISS Institute for Practical Robots | Cash Donation | 9/19/2023 | $2,000.00 |
| Street 1818 West Lindsey Street D-180 | | | |
| City Norman    State OK    Zip 73069 | | | |
| Recipient's relationship to debtor | | | |
| 9.3 Recipient's name Laramie Legion Baseball Club Inc | Cash Donation | 4/4/23, 4/17/24 | $2,000.00 |
| Street PO Box 626 | | | |
| City Laramie    State WY    Zip 82073 | | | |
| Recipient's relationship to debtor | | | |

Debtor   Plenty Unlimited Inc.
Name

Case number *(if known)* 25-90106

**9.4**

| | | | |
|---|---|---|---|
| Recipient's name | Donation of Strawberries to Local Farms | Various | Unknown |
| Local Farms | | | |
| Street | | | |
| Various | | | |
| City        State        Zip | | | |
| **Recipient's relationship to debtor** | | | |

**9.5**

| | | | |
|---|---|---|---|
| Recipient's name | Donations of Leafy Greens in Compton to Local Food Bank | 1/3/24, 1/12/24, 2/15, 4/4/24, 4/26/24 | $40,000.00 |
| Second Harvest Food Bank | | | |
| Street | | | |
| 8014 Marine Way | | | |
| City        State        Zip | | | |
| Irvine       CA        92618 | | | |
| **Recipient's relationship to debtor** | | | |

**9.6**

| | | | |
|---|---|---|---|
| Recipient's name | Growing System | 2023 | $20,000.00 |
| University of California, Davis | | | |
| Street | | | |
| One Shields Avenue | | | |
| City        State        Zip | | | |
| Davis       CA        95616 | | | |
| **Recipient's relationship to debtor** | | | |

**9.7**

| | | | |
|---|---|---|---|
| Recipient's name | Tower Equipment and Parts | 2023 | $18,344.00 |
| University of Wyoming | | | |
| Street | | | |
| 1000 E. University Ave. | | | |
| City        State        Zip | | | |
| Laramie      WY        82071 | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:**  **Losses**

---

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1** Compton- Minor Damage from an Earthquake Causing a Crack in the Ceiling, no Action Taken | None | 2024 | Unknown |

| 10.2 | | | |
|---|---|---|---|
| South San Francisco 570 Eccles- Minor Incident from Water Pipe Burst Damaging Walls, Carpets, Some Personal Property which the Landlord Remediated | None | 2024 | Unknown |

## Part 6:   Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br><br>**Email or website address**<br>https://www.davispolk.com/<br><br>**Who made the payment, if not debtor?** | | 2/21/2025 | $600,000.00 |
| **11.2** Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br><br>**Email or website address**<br>https://www.davispolk.com/<br><br>**Who made the payment, if not debtor?** | | 3/3/2025 | $300,000.00 |
| **11.3** Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br><br>**Email or website address**<br>https://www.davispolk.com/<br><br>**Who made the payment, if not debtor?** | | 3/13/2025 | $993,750.00 |
| **11.4** GLAS USA LLC<br>3 Second Street, Suite 206<br>Jersey City, NJ 7311<br><br>**Email or website address**<br>https://glas.agency/us/<br><br>**Who made the payment, if not debtor?** | | 3/21/2025 | $35,000.00 |

11.5

Jefferies LLC
520 Madison Avenue
New York, NY 10022

3/3/2025    $125,000.00

**Email or website address**
https://www.jefferies.com/

**Who made the payment, if not debtor?**

11.6

Jefferies LLC
520 Madison Avenue
New York, NY 10022

3/19/2025    $135,000.00

**Email or website address**
https://www.jefferies.com/

**Who made the payment, if not debtor?**

11.7

Moses Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

3/21/2025    $50,000.00

**Email or website address**
https://www.mosessinger.com/

**Who made the payment, if not debtor?**

11.8

Porter Hedges LLP
1000 Main St 36th floor
Houston, TX 77002

3/19/2025    $150,000.00

**Email or website address**
https://www.porterhedges.com/

**Who made the payment, if not debtor?**

11.9

Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071

2/13/2025    $250,000.00

**Email or website address**
https://www.sidley.com/en/us/

**Who made the payment, if not debtor?**

11.10

Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071

2/21/2025          $215,000.00

**Email or website address**
https://www.sidley.com/en/us/

**Who made the payment, if not debtor?**

11.11

Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071

3/3/2025          $215,000.00

**Email or website address**
https://www.sidley.com/en/us/

**Who made the payment, if not debtor?**

11.12

Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071

3/13/2025          $1,115,000.00

**Email or website address**
https://www.sidley.com/en/us/

**Who made the payment, if not debtor?**

11.13

Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071

3/19/2025          $1,150,000.00

**Email or website address**
https://www.sidley.com/en/us/

**Who made the payment, if not debtor?**

11.14

Stretto Inc.
410 Exchange, Suite 100
Irvine, CA 92602

3/13/2025          $30,000.00

**Email or website address**
https://www.stretto.com/

**Who made the payment, if not debtor?**

Debtor    Plenty Unlimited Inc.
          Name                                                      Case number *(if known)* 25-90106

11.15

          Stretto Inc.                                                    3/20/2025                    $120,000.00
          410 Exchange, Suite 100
          Irvine, CA 92602

          **Email or website address**
          https://www.stretto.com/

          **Who made the payment, if not debtor?**


11.16

          Sullivan & Cromwell LLP                                        2/21/2025                     $97,061.25
          125 Broad Street
          New York, NY 10004

          **Email or website address**
          https://www.sullcrom.com/

          **Who made the payment, if not debtor?**


11.17

          Sullivan & Cromwell LLP                                         3/3/2025                     $45,501.25
          125 Broad Street
          New York, NY 10004

          **Email or website address**
          https://www.sullcrom.com/

          **Who made the payment, if not debtor?**


11.18

          Sullivan & Cromwell LLP                                        3/13/2025                     $65,461.25
          125 Broad Street
          New York, NY 10004

          **Email or website address**
          https://www.sullcrom.com/

          **Who made the payment, if not debtor?**


11.19

          Uzzi & Lall                                                    11/14/2024                   $200,000.00
          One Liberty Plaza 165 Broadway 23rd Floor
          New York, NY 10006

          **Email or website address**
          https://uzzilall.com/

          **Who made the payment, if not debtor?**

11.20

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

12/20/2024          $50,000.00

11.21

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

1/31/2025          $25,000.00

11.22

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

2/11/2025          $150,000.00

11.23

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

2/14/2025          $100,000.00

11.24

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

2/20/2025          $125,000.00

11.25

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

2/27/2025

$125,000.00

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

11.26

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

3/7/2025

$175,000.00

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

11.27

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

3/13/2025

$300,000.00

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

11.28

Uzzi & Lall
One Liberty Plaza 165 Broadway 23rd Floor
New York, NY 10006

3/19/2025

$200,000.00

**Email or website address**
https://uzzilall.com/

**Who made the payment, if not debtor?**

11.29

Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050

2/10/2025

$100,000.00

**Email or website address**
https://www.wsgr.com/en/

**Who made the payment, if not debtor?**

11.30

Wilson Sonsini Goodrich & Rosati, P.C.          2/14/2025          $200,000.00
650 Page Mill Road
Palo Alto, CA 94304-1050

**Email or website address**
https://www.wsgr.com/en/

**Who made the payment, if not debtor?**


11.31

Wilson Sonsini Goodrich & Rosati, P.C.          2/28/2025          $180,000.00
650 Page Mill Road
Palo Alto, CA 94304-1050

**Email or website address**
https://www.wsgr.com/en/

**Who made the payment, if not debtor?**


11.32

Wilson Sonsini Goodrich & Rosati, P.C.          3/11/2025          $60,000.00
650 Page Mill Road
Palo Alto, CA 94304-1050

**Email or website address**
https://www.wsgr.com/en/

**Who made the payment, if not debtor?**


11.33

Wilson Sonsini Goodrich & Rosati, P.C.          3/13/2025          $515,000.00
650 Page Mill Road
Palo Alto, CA 94304-1050

**Email or website address**
https://www.wsgr.com/en/

**Who made the payment, if not debtor?**


11.34

Wilson Sonsini Goodrich & Rosati, P.C.          3/19/2025          $240,000.00
650 Page Mill Road
Palo Alto, CA 94304-1050

**Email or website address**
https://www.wsgr.com/en/

**Who made the payment, if not debtor?**

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| Trustee | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property  by sale, trade, or any other means  made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

---

**Part 7:**  **Previous Locations**

---

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|

**14.1**

| Street | | | From | to |
|---|---|---|---|---|
| 126 E Oris St | | | 12/1/2019 | 3/21/2025 |
| City | State | Zip | | |
| Compton | CA | 90222 | | |

**14.2**

| Street | | | From | to |
|---|---|---|---|---|
| 13203 North Enon Church Road | | | 8/9/2023 | 3/21/2025 |
| City | State | Zip | | |
| Chester | VA | 23836 | | |

**14.3**

| Street | | | From | to |
|---|---|---|---|---|
| 20024 85th Avenue South | | | 1/1/2018 | 6/30/2022 |
| City | State | Zip | | |
| Kent | WA | 98031 | | |

**14.4**

| Street | | | From | to |
|---|---|---|---|---|
| 3015 Main Street, Suite 480, 4th Floor | | | 9/1/2019 | 8/31/2022 |
| City | State | Zip | | |
| Los Angeles | CA | 90405 | | |

**14.5**

| | |
|---|---|
| Street | From | to |
| 445 Marine View Ave Suite 300 | 8/24/2022 | 2/28/2025 |

| City | State | Zip |
|---|---|---|
| Del Mar | CA | 92104 |

**14.6**

| | |
|---|---|
| Street | From | to |
| 570 Eccles Ave | 10/1/2018 | 3/21/2025 |

| City | State | Zip |
|---|---|---|
| South San Francisco | CA | 94080 |

**14.7**

| | |
|---|---|
| Street | From | to |
| 582 Eccles Ave | 7/19/2016 | 3/21/2025 |

| City | State | Zip |
|---|---|---|
| South San Francisco | CA | 94080 |

**14.8**

| | |
|---|---|
| Street | From | to |
| 590 Eccles Ave | 10/1/2018 | 3/21/2025 |

| City | State | Zip |
|---|---|---|
| South San Francisco | CA | 94080 |

---

**Part 8:   Health Care Bankruptcies**

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1** Street<br><br>City       State       Zip | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider | **How are records kept?**<br>Check all that apply:<br>☐ Electronically<br><br>☐ Paper |

---

**Part 9:   Personally Identifiable Information**

---

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Fidelity | 81-1900916 |

Has the plan been terminated?

☑ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** Name Merrill Lynch<br>Street 4 World Financial Center<br>City New York  State NY  Zip 10080 | 4971 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other<br><br>Investment | 2/27/2025 | $93,175.00 |
| **18.2** Name Silicon Valley Bank<br>Street 3003 Tasman Drive<br>City Santa Clara  State CA  Zip 95054 | 5654 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other<br><br>Investment | 3/14/2024 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name ___ Street ___ City ___ State ___ Zip ___ | Address ___ | | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name Industrial TurnAround Corporation Street 13141 N Enon Church Rd City Chester State VA Zip 23836 | Storage located on vendor property, no direct access without vendor permission Address N/A | Storage of control panels for Duplexes 2-6 manufactured by Barry Wehmiller Design Group | ☐ No ☑ Yes |
| 20.2 Name Kennerley-Spratling, Inc. Street 2116 Farallon Drive City San Leandro State CA Zip 94577 | Storage located on vendor property, no direct access without vendor permission Address N/A | Tooling for plastic manufacturing of Plenty tower parts, temporary storage of tower trunks manufactured offsite | ☐ No ☑ Yes |
| 20.3 Name Public Storage LA Street 16100 S Avalon Blvd City Gardena State CA Zip 90248 | Dana Worth and Bobby Thalman Address 1461 Commerce Drive, Laramie, WY 82070 | Offsite Storage | ☐ No ☑ Yes |
| 20.4 Name Riggers Street 901 Holly Springs Ave City Richmond State VA Zip 23224 | Storage located on vendor property, no direct access without vendor permission Address N/A | Offsite storage of various materials, equipment parts and components for Richmond farm | ☐ No ☑ Yes |

20.5

| | | | |
|---|---|---|---|
| Name | Trapper Rieniets | Offsite storage | ☑ No |
| Snowy Range | | | ☐ Yes |
| Street | Address | | |
| 575 Snowy Range Rd, Bldg 42 | 1461 Commerce Drive, Laramie, WY 82070 | | |
| City | State | Zip | |
| Laramie | WY | 82072-2461 | |

20.6

| | | | |
|---|---|---|---|
| Name | Kei Nishimura and Bobby Thalman | Parking for two Sprinter vans | ☐ No |
| US Storage Centers | | | ☑ Yes |
| Street | Address | | |
| 1 Chapman Way | 1461 Commerce Drive, Laramie, WY 82070 | | |
| City | State | Zip | |
| El Segundo | CA | 90245 | |

## Part 11: Property the Debtor Holds or Controls that the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☐ No.
☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 N/A | Name San Mateo County Environmental Health Services | Notice of violation of hazardous waste removal | ☐ Pending |
| Case Number N/A | Street 2000 Alameda de las Pulgas, Ste 100 | | ☐ On appeal |
| | City San Mateo   State CA   Zip 94403 | | ☑ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 Name<br>SSF Facility<br>Street<br>570 Eccles Ave<br>City State Zip<br>South San CA 94080<br>Francisco | Name<br>California Department of Toxic Substances Control<br>Street<br>1001 "I" Street, P.O. Box 806<br>City State Zip<br>Sacramento CA 95812 | Unknown | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name<br>See Global Notes<br>Street<br>City State Zip | Name<br>Street<br>City State Zip | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1<br>Blue Gardens LLC<br>1461 Commerce Drive<br>Laramie, WY 82070 | Dormant entity | EIN  84-2338487<br>**Dates business existed**<br>From 9/23/2016  to Present |
| 25.2<br>Bright Agrotech, Inc.<br>1461 Commerce Drive<br>Laramie, WY 82070 | Dormant entity | EIN  81-4954106<br>**Dates business existed**<br>From 11/29/2016  to Present |
| 25.3<br>MJNN LLC<br>1461 Commerce Drive<br>Laramie, WY 82070 | Holds Plenty Unlimited Inc.'s IP portfolio | EIN  N/A<br>**Dates business existed**<br>From 9/23/2016  to Present |

| 25.4 | | | |
|---|---|---|---|
| P F2 VA LLC<br>1461 Commerce Drive<br>Laramie, WY 82070 | FarmCo for Plenty's Virginia farm | EIN | 88-3589633 |
| | | **Dates business existed** | |
| | | From<br>6/21/2022 | to<br>Present |

| 25.5 | | | |
|---|---|---|---|
| Plenty Japan KK<br>1461 Commerce Drive<br>Laramie, WY 82070 | Dormant entity | EIN | N/A |
| | | **Dates business existed** | |
| | | From<br>1/31/2018 | to<br>Present |

| 25.6 | | | |
|---|---|---|---|
| Plenty Unlimited Texas LLC<br>1460 Commerce Drive<br>Laramie, WY 82070 | Texas legal entity | EIN | 33-4083500 |
| | | **Dates business existed** | |
| | | From<br>3/14/2025 | to<br>Present |

| 25.7 | | | |
|---|---|---|---|
| White Farms LLC<br>1461 Commerce Drive<br>Laramie, WY 82070 | Dormant entity | EIN | N/A |
| | | **Dates business existed** | |
| | | From<br>9/23/2016 | to<br>Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1** | |
| Kelly Reavis SVP, Finance<br>1461 Commerce Drive<br>Laramie, WY 82070 | From<br>8/1/2013    to<br>Present |
| **26a.2** | |
| Richard Smith - CFO<br>1461 Commerce Drive<br>Laramie, WY 82070 | From<br>4/1/2013    to<br>3/14/2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1** | |
| Deloitte<br>225 West Santa Clara Street, Suite 600<br>San Jose, CA 95113 | From<br>1/1/2021    to<br>Present |

Debtor    Plenty Unlimited Inc.
          Name

Case number *(if known)* 25-90106

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 <br><br> Jessica Hsu, Assistant Controller <br> 1461 Commerce Drive <br> Laramie, WY 82070 | N/A |
| 26c.2 <br><br> Kelly Reavis SVP, Finance <br> 1461 Commerce Drive <br> Laramie, WY 82070 | N/A |
| 26c.3 <br><br> KPMG <br> 3 Chestnut Ridge Rd <br> Montvale, NJ 07645 | N/A |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1 <br><br> See Global Notes |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Please see Global Notes for additional information | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 <br><br> Ann Livermore <br> 1461 Commerce Drive <br> Laramie, WY 82070 | Director | 0.00% |

28.2

Daniel Malech
1461 Commerce Drive
Laramie, WY 82070

Interim CEO                                  0.00%

28.3

David Chao
1461 Commerce Drive
Laramie, WY 82070

Director                                     0.10%

28.4

Javier Villamizar
1461 Commerce Drive
Laramie, WY 82070

Director                                     0.00%

28.5

Kei Nishimura
1461 Commerce Drive
Laramie, WY 82070

General Counsel & Head of People             0.00%

28.6

Kirk Belsby
1461 Commerce Drive
Laramie, WY 82070

Director                                     0.00%

28.7

Martin Mundo
1461 Commerce Drive
Laramie, WY 82070

Director                                     0.00%

28.8

Matthew Barnard
1461 Commerce Drive
Laramie, WY 82070

Director                                     1.70%

28.9

Nathaniel Storey
1461 Commerce Drive
Laramie, WY 82070

Chief Science Officer, Director              0.20%

28.10

Omar Asali
1461 Commerce Drive
Laramie, WY 82070

Director                                     0.00%

28.11

Scott Brady
1461 Commerce Drive
Laramie, WY 82070

Director                                     0.00%

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 <br><br> Arama Kukutai <br> Address on File | Former CEO, former Board Member | From 9/11/2020 to 11/22/2024 |
| 29.2 <br><br> Bill Johnson <br> Address on File | Former Board Member and Chairman of the Board | From 7/23/2020 to 4/16/2024 |
| 29.3 <br><br> Richard Smith <br> Address on File | Former CFO | From 2/27/2023 to 3/14/2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 <br><br> See SOFA 4; refer to Global Notes | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 <br><br> Plenty Unlimited files Annual Tax Returns as a Consolidated Group | EIN 81-1900916 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Advanced Chemical Transport, Inc | | PO Box 8459 | Pasadena | CA | 91109-8459 | | 3/10/2025 | $1,166.75 | Services |
| Advanced Chemical Transport, Inc | | PO Box 8459 | Pasadena | CA | 91109-8459 | | 3/19/2025 | $16,521.75 | Services |
| **Advanced Chemical Transport, Inc** | | | | | | | | **$17,688.50** | |
| Aetna Health of California | | PO Box 31001-1408 | Pasadena | CA | 91110-1408 | | 12/23/2024 | $131,088.48 | Benefits |
| Aetna Health of California | | PO Box 31001-1408 | Pasadena | CA | 91110-1408 | | 1/23/2025 | $250,770.89 | Benefits |
| Aetna Health of California | | PO Box 31001-1408 | Pasadena | CA | 91110-1408 | | 2/13/2025 | $165,536.18 | Benefits |
| Aetna Health of California | | PO Box 31001-1408 | Pasadena | CA | 91110-1408 | | 3/14/2025 | $149,925.07 | Services |
| **Aetna Health of California** | | | | | | | | **$697,320.62** | |
| ALLSOP Inc | | PO Box 23 | Bellingham | WA | 98227 | | 12/23/2024 | $27,343.90 | Utilities |
| ALLSOP Inc | | PO Box 23 | Bellingham | WA | 98227 | | 1/24/2025 | $27,520.64 | Utilities |
| ALLSOP Inc | | PO Box 23 | Bellingham | WA | 98227 | | 2/28/2025 | $32,203.73 | Utilities |
| **ALLSOP Inc** | | | | | | | | **$87,068.27** | |
| Almanac IP Advisors LLP | | 22 Hoffman Ave | San Francisco | CA | 94114 | | 1/3/2025 | $6,100.00 | Services |
| Almanac IP Advisors LLP | | 22 Hoffman Ave | San Francisco | CA | 94114 | | 2/10/2025 | $10,055.00 | Services |
| Almanac IP Advisors LLP | | 22 Hoffman Ave | San Francisco | CA | 94114 | | 2/19/2025 | $18,000.00 | Services |
| Almanac IP Advisors LLP | | 22 Hoffman Ave | San Francisco | CA | 94114 | | 3/7/2025 | $92,100.00 | Services |
| **Almanac IP Advisors LLP** | | | | | | | | **$126,255.00** | |
| Brown Immigration Law PC LLO | | 8001 S 13th Street | Lincoln | NE | 68512 | | 3/14/2025 | $10,000.00 | Services |
| **Brown Immigration Law PC LLO** | | | | | | | | **$10,000.00** | |
| Citibank | Attn: Matthew Fowler | 388 Greenwich St | New York | NY | 10013 | | 12/30/2024 | $80.00 | Bank fees |
| Citibank | Attn: Matthew Fowler | 388 Greenwich St | New York | NY | 10013 | | 12/30/2024 | $908.29 | Bank fees |
| Citibank | Attn: Matthew Fowler | 388 Greenwich St | New York | NY | 10013 | | 1/15/2025 | $8,133.31 | Bank fees |
| Citibank | Attn: Matthew Fowler | 388 Greenwich St | New York | NY | 10013 | | 1/30/2025 | $80.00 | Bank fees |
| Citibank | Attn: Matthew Fowler | 388 Greenwich St | New York | NY | 10013 | | 1/30/2025 | $907.62 | Bank fees |
| Citibank | Attn: Matthew Fowler | 388 Greenwich St | New York | NY | 10013 | | 2/26/2025 | $250.00 | Bank fees |
| Citibank | Attn: Matthew Fowler | 388 Greenwich St | New York | NY | 10013 | | 2/27/2025 | $80.00 | Bank fees |
| Citibank | Attn: Matthew Fowler | 388 Greenwich St | New York | NY | 10013 | | 2/27/2025 | $873.71 | Bank fees |
| **Citibank** | | | | | | | | **$11,312.93** | |
| Colin Imm | | 1845 Reiman Lane | Windsor | CA | 95492 | | 12/23/2024 | $6,120.00 | Services |
| Colin Imm | | 1845 Reiman Lane | Windsor | CA | 95492 | | 3/7/2025 | $9,560.00 | Services |
| **Colin Imm** | | | | | | | | **$15,680.00** | |
| Collected Strategies LLC | | 121 East 24th Street, 10th Floor | New York | NY | 10010 | | 3/10/2025 | $50,000.00 | Services |
| **Collected Strategies LLC** | | | | | | | | **$50,000.00** | |
| Comcast | | PO Box 37601 | Philadelphia | PA | 19101-0601 | | 12/23/2024 | $476.94 | Utilities |
| Comcast | | PO Box 37601 | Philadelphia | PA | 19101-0601 | | 1/9/2025 | $3,660.47 | Utilities |
| Comcast | | PO Box 37601 | Philadelphia | PA | 19101-0601 | | 3/7/2025 | $6,700.25 | Utilities |
| Comcast | | PO Box 37601 | Philadelphia | PA | 19101-0601 | | 3/14/2025 | $1,340.05 | Utilities |
| **Comcast** | | | | | | | | **$12,177.71** | |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 12/23/2024 | $4,994.04 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 12/23/2024 | $3,243.88 | Software |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 12/26/2024 | $5,212.73 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 12/31/2024 | $1,348.73 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 1/10/2025 | $7,963.38 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 1/14/2025 | $24.90 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 1/22/2025 | $4,553.11 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 1/23/2025 | $619.61 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 1/29/2025 | $3,557.75 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 2/5/2025 | $1,194.83 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 2/14/2025 | $2,825.77 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 2/25/2025 | $1,386.87 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 2/27/2025 | $248.35 | Employee Expense Reimbursements |
| Concur Technologies, Inc | Attn: Thomas M. Nolan | 601 108th Avenue NE | Bellevue | WA | 98004 | | 3/7/2025 | $3,334.26 | Employee Expense Reimbursements |
| **Concur Technologies, Inc** | | | | | | | | **$40,708.21** | |
| County Sanitation Districts of Los Angeles County | | PO Box 4998 | Whittier | CA | 90607-4998 | | 1/3/2025 | $6,149.00 | Utilities |
| County Sanitation Districts of Los Angeles County | | PO Box 4998 | Whittier | CA | 90607-4998 | | 1/3/2025 | $2,551.40 | Utilities |
| **County Sanitation Districts of Los Angeles County** | | | | | | | | **$8,700.40** | |
| Deel, Inc | | 425 1st Street, Unit 1502, | San Francisco | CA | 94105 | | 12/27/2024 | $22,135.37 | PEO Payroll |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Deel, Inc | | 425 1st Street, Unit 1502, | San Francisco | CA | 94105 | | 12/27/2024 | $2,138.17 | PEO Payroll |
| Deel, Inc | | 425 1st Street, Unit 1502, | San Francisco | CA | 94105 | | 1/10/2025 | $604.00 | PEO Payroll |
| Deel, Inc | | 425 1st Street, Unit 1502, | San Francisco | CA | 94105 | | 1/28/2025 | $2,138.17 | PEO Payroll |
| Deel, Inc | | 425 1st Street, Unit 1502, | San Francisco | CA | 94105 | | 1/28/2025 | $23,646.29 | PEO Payroll |
| Deel, Inc | | 425 1st Street, Unit 1502, | San Francisco | CA | 94105 | | 3/19/2025 | $27,355.09 | PEO Payroll |
| Deel, Inc | | 425 1st Street, Unit 1502, | San Francisco | CA | 94105 | | 2/28/2025 | $27,167.30 | PEO Payroll |
| Deel, Inc | | 425 1st Street, Unit 1502, | San Francisco | CA | 94105 | | 2/27/2025 | $0.53 | PEO Payroll |
| **Deel, Inc** | | | | | | | | **$105,184.92** | |
| | | PO Box 73307 | Chicago | IL | 60673-7307 | | | | |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 12/24/2024 | $116.49 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 12/24/2024 | $1,370.16 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 12/24/2024 | $43,939.45 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 12/23/2024 | $5,977.67 | Services |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/2/2025 | $105.00 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/3/2025 | $149.04 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/6/2025 | $1,370.16 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/6/2025 | $98,860.32 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/13/2025 | $4,268.32 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/13/2025 | $336.96 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/16/2025 | $86.56 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/17/2025 | $130.58 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/21/2025 | $1,283.60 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/21/2025 | $87,476.05 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/22/2025 | $203.17 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/22/2025 | $2,063.17 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 1/31/2025 | $67.20 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 2/3/2025 | $877.21 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 2/3/2025 | $64,937.28 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 2/4/2025 | $85.89 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 2/18/2025 | $877.21 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 2/18/2025 | $70,343.28 | 401k Remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 2/25/2025 | $117.09 | 401k remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 3/19/2025 | $170,750.76 | 401k remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 3/19/2025 | $364.35 | 401k remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 3/17/2025 | $52,395.76 | 401k remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 3/17/2025 | $364.35 | 401k remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 3/3/2025 | $52,142.19 | 401k remittance |
| Fidelity Investments Institutional Operations Company LLC | | PO Box 73307 | Chicago | IL | 60673-7307 | | 3/3/2025 | $364.35 | 401k remittance |
| **Fidelity Investments Institutional Operations Company LLC** | | | | | | | | **$661,423.62** | |
| Kaiser Foundation Health Plan Inc | | File 5915 | Los Angeles | CA | 90074-5915 | | 12/23/2024 | $40,869.11 | Benefits |
| Kaiser Foundation Health Plan Inc | | File 5915 | Los Angeles | CA | 90074-5915 | | 1/23/2025 | $49,883.29 | Benefits |
| Kaiser Foundation Health Plan Inc | | File 5915 | Los Angeles | CA | 90074-5915 | | 2/13/2025 | $40,754.74 | Benefits |
| Kaiser Foundation Health Plan Inc | | File 5915 | Los Angeles | CA | 90074-5915 | | 3/14/2025 | $15,678.21 | Services |
| **Kaiser Foundation Health Plan Inc** | | | | | | | | **$147,185.35** | |
| KPMG LLP | | 3 Chestnut Ridge Rd | Montvale | NJ | 07645 | | 3/3/2025 | $31,040.00 | Services |
| KPMG LLP | | 3 Chestnut Ridge Rd | Montvale | NJ | 07645 | | 3/4/2025 | $40,000.00 | Services |
| KPMG LLP | | 3 Chestnut Ridge Rd | Montvale | NJ | 07645 | | 3/19/2025 | $40,000.00 | Services |
| KPMG LLP | | 3 Chestnut Ridge Rd | Montvale | NJ | 07645 | | 3/14/2025 | $150,000.00 | Services |
| **KPMG LLP** | | | | | | | | **$261,040.00** | |
| | | 528 S. Adams St. | Laramie | WY | 82070 | | | | |
| Laramie Chamber Business Alliance | | 528 S. Adams St. | Laramie | WY | 82070 | | 1/2/2025 | $6,862.08 | Rent |
| Laramie Chamber Business Alliance | | 528 S. Adams St. | Laramie | WY | 82070 | | 2/3/2025 | $6,862.08 | Rent |
| Laramie Chamber Business Alliance | | 528 S. Adams St. | Laramie | WY | 82070 | | 3/3/2025 | $6,862.08 | Rent |
| **Laramie Chamber Business Alliance** | | | | | | | | **$20,586.16** | |
| Lazy A Land Company, LLC | | PO Box 23 | Bellingham | WA | 98227 | | 1/2/2025 | $29,816.78 | Rent |
| Lazy A Land Company, LLC | | PO Box 23 | Bellingham | WA | 98227 | | 2/3/2025 | $29,816.78 | Rent |
| Lazy A Land Company, LLC | | PO Box 23 | Bellingham | WA | 98227 | | 3/3/2025 | $29,816.78 | Rent |
| **Lazy A Land Company, LLC** | | | | | | | | **$89,450.34** | |
| MBQ Cloud, Inc. | | 2193 Fillmore Street | San Francisco | CA | 94115 | | 3/14/2025 | $8,500.00 | Software |
| **MBQ Cloud, Inc.** | | | | | | | | **$8,500.00** | |
| Metropolitan Life Insurance Company | | PO Box 804466 | Kansas City | MO | 64180-4466 | | 12/23/2024 | $9,067.26 | Benefits |
| Metropolitan Life Insurance Company | | PO Box 804466 | Kansas City | MO | 64180-4466 | | 1/23/2025 | $12,204.54 | Benefits |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Metropolitan Life Insurance Company | | PO Box 804466 | Kansas City | MO | 64180-4466 | | 2/13/2025 | $12,295.31 | Benefits |
| Metropolitan Life Insurance Company | | PO Box 804466 | Kansas City | MO | 64180-4466 | | 3/14/2025 | $3,870.39 | Services |
| **Metropolitan Life Insurance Company** | | | | | | | | **$37,437.50** | |
| | | | | | | | | | |
| Confidential Creditor | | Address on File | | | | | 1/7/2025 | $7,310.00 | Services |
| Confidential Creditor | | Address on File | | | | | 1/24/2025 | $4,845.00 | Services |
| Confidential Creditor | | Address on File | | | | | 2/4/2025 | $4,845.00 | Services |
| **Confidential Creditor** | | | | | | | | **$17,000.00** | |
| | | | | | | | | | |
| Navan | | 3045 Park Blvd | Palo Alto | CA | 94306 | | | | |
| Navan | | 3045 Park Blvd | Palo Alto | CA | 94306 | | 1/17/2025 | $20,676.45 | Travel bookings |
| Navan | | 3045 Park Blvd | Palo Alto | CA | 94306 | | 2/18/2025 | $17,092.42 | Travel bookings |
| Navan | | 3045 Park Blvd | Palo Alto | CA | 94306 | | 3/17/2025 | $16,659.18 | Travel bookings |
| **Navan** | | | | | | | | **$54,428.05** | |
| | | | | | | | | | |
| NEWFRONT INSURANCE SERVICES LLC | | PO Box 7841 | San Francisco | CA | 94120-7841 | | 2/24/2025 | $42,946.58 | Insurance |
| NEWFRONT INSURANCE SERVICES LLC | | PO Box 7841 | San Francisco | CA | 94120-7841 | | 3/10/2025 | $28,909.00 | Insurance |
| NEWFRONT INSURANCE SERVICES LLC | | PO Box 7841 | San Francisco | CA | 94120-7841 | | 3/14/2025 | $3,935.00 | Insurance |
| **NEWFRONT INSURANCE SERVICES LLC** | | | | | | | | **$75,790.58** | |
| | | | | | | | | | |
| Onix Networking Group | | PO Box 74184 | Cleveland | OH | 44194-0002 | | 2/24/2025 | $10,625.00 | Software |
| Onix Networking Group | | PO Box 74184 | Cleveland | OH | 44194-0002 | | 3/7/2025 | $10,625.00 | Software |
| **Onix Networking Group** | | | | | | | | **$21,250.00** | |
| | | | | | | | | | |
| Oracle America, Inc | | PO Box 884471 | Los Angeles | CA | 90088-4471 | | 3/12/2025 | $69,960.65 | Software |
| **Oracle America, Inc** | | | | | | | | **$69,960.65** | |
| | | | | | | | | | |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 12/30/2024 | $273.20 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 12/30/2024 | $4,423.58 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 12/30/2024 | $7,244.04 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 12/31/2024 | $298.99 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 12/31/2024 | $234.17 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 12/31/2024 | $27,077.17 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 12/31/2024 | $2,923.97 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 12/31/2024 | $273.20 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/2/2025 | $380,683.10 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/2/2025 | $475.94 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/2/2025 | $740.81 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/2/2025 | $249,772.26 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/2/2025 | $83,377.59 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/2/2025 | $1,732.40 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/2/2025 | $1,734.66 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/2/2025 | $30,333.90 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/3/2025 | $4,286.31 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/3/2025 | $4,607.10 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/7/2025 | $90.88 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/7/2025 | $355.49 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/9/2025 | $2,401.95 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/9/2025 | $953.77 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/10/2025 | $1,660.18 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/10/2025 | $2,484.47 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/10/2025 | $397.50 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/15/2025 | $214.61 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/15/2025 | $1,364.98 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/15/2025 | $4,032.31 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/16/2025 | $261.33 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/16/2025 | $1,754.57 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/16/2025 | $2,562.27 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/16/2025 | $3,611.58 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/16/2025 | $81,282.24 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/16/2025 | $251,506.01 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/16/2025 | $368,914.35 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/21/2025 | $18,452.95 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/21/2025 | $20,311.17 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/21/2025 | $290.85 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/21/2025 | $1,588.74 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/21/2025 | $3,812.98 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/21/2025 | $6,262.34 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/24/2025 | $5,749.56 | Payroll |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/24/2025 | $9,922.32 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/30/2025 | $261.33 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/30/2025 | $554.93 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/30/2025 | $27,127.08 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/30/2025 | $85,463.34 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/30/2025 | $179,648.37 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/30/2025 | $308,563.55 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/30/2025 | $132.38 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/31/2025 | $10,961.88 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 1/31/2025 | $14,861.54 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/3/2025 | $138.16 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/3/2025 | $691.60 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/7/2025 | $6,251.51 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/7/2025 | $9,403.27 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/13/2025 | $115,845.06 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/13/2025 | $49,256.80 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/13/2025 | $20,066.94 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/13/2025 | $286,406.16 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/13/2025 | $261.33 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/13/2025 | $5,795.60 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/13/2025 | $166,898.95 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/14/2025 | $26,453.24 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/14/2025 | $595.69 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/14/2025 | $35,238.21 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/18/2025 | $10,788.60 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/18/2025 | $12,962.40 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/21/2025 | $8,976.51 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/21/2025 | $12,986.13 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/21/2025 | $10,763.76 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/24/2025 | $1,688.76 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/24/2025 | $608.14 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/27/2025 | $248,509.42 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/27/2025 | $151,689.09 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/27/2025 | $18,829.85 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/28/2025 | $11,330.31 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 2/28/2025 | $9,370.79 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/5/2025 | $459.21 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/5/2025 | $91.19 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/12/2025 | $9,968.09 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/12/2025 | $6,315.56 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/13/2025 | $248,022.69 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/13/2025 | $154,672.36 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/13/2025 | $15,642.17 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/14/2025 | $66,585.92 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/14/2025 | $49,633.13 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/14/2025 | $4,207.54 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/18/2025 | $822,895.38 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/18/2025 | $123,836.17 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/18/2025 | $14,273.16 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/18/2025 | $1,075,765.94 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/20/2025 | $1,569.75 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/21/2025 | $2,036.40 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/21/2025 | $791.89 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/21/2025 | $783.30 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/21/2025 | $713.86 | Payroll |
| Paylocity | | PO Box 735792 | Chicago | IL | 60673 | | 3/21/2025 | $182.32 | Payroll |
| **Paylocity** | | | | | | | | **$6,038,548.44** | |
| Peach Hill soils, Inc. | | PO Box 158 | Moorpark | CA | 93020 | | 12/23/2024 | $9,625.00 | Services |
| **Peach Hill soils, Inc.** | | | | | | | | **$9,625.00** | |
| Prologis | | PO Box 846329 | Dallas | TX | 75284-6329 | | 1/24/2025 | $250,168.42 | Letter of credit drawdown |
| Prologis | | PO Box 846329 | Dallas | TX | 75284-6329 | | 1/27/2025 | $46,881.64 | Letter of credit drawdown |
| Prologis | | PO Box 846329 | Dallas | TX | 75284-6329 | | 3/11/2025 | $93,763.28 | Letter of credit drawdown |
| Prologis | | PO Box 846329 | Dallas | TX | 75284-6329 | | 3/11/2025 | $500,336.84 | Letter of credit drawdown |
| **Prologis** | | | | | | | | **$891,150.18** | |
| Reed Smith LLP | | 225 Fifth Avenue | Pittsburgh | PA | 15222 | | 2/3/2025 | $41,216.83 | Services |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Reed Smith LLP | | 225 Fifth Avenue | Pittsburgh | PA | 15222 | | 2/12/2025 | $15,000.00 | Services |
| Reed Smith LLP | | 225 Fifth Avenue | Pittsburgh | PA | 15222 | | 2/26/2025 | $40,000.00 | Services |
| Reed Smith LLP | | 225 Fifth Avenue | Pittsburgh | PA | 15222 | | 3/13/2025 | $40,000.00 | Services |
| **Reed Smith LLP** | | | | | | | | **$95,000.00** | |
| | | 15305 Dallas Pkwy, 12th Floor | Addison | TX | 75001 | | | **$231,216.83** | |
| REGUS MANAGEMENT GROU | | 15305 Dallas Pkwy, 12th Floor | Addison | TX | 75001 | | 1/17/2025 | $4,250.43 | Credit Card Transactions |
| REGUS MANAGEMENT GROU | | 15305 Dallas Pkwy, 12th Floor | Addison | TX | 75001 | | 2/21/2025 | $3,438.73 | Credit Card Transactions |
| REGUS MANAGEMENT GROU | | 15305 Dallas Pkwy, 12th Floor | Addison | TX | 75001 | | 3/14/2025 | $3,438.73 | Credit Card Transactions |
| **REGUS MANAGEMENT GROU** | | | | | | | | **$11,127.89** | |
| Righthub | | 10040 Brompton Drive | Tampa | FL | 33626 | | 12/23/2024 | $1,827.74 | Services |
| Righthub | | 10040 Brompton Drive | Tampa | FL | 33626 | | 12/23/2024 | $13,048.64 | Services |
| **Righthub** | | | | | | | | **$14,876.38** | |
| Confidential Creditor | | Address on File | | | | | 2/19/2025 | $10,000.00 | Services |
| **Confidential Creditor** | | | | | | | | **$10,000.00** | |
| SHI | | PO Box 952121 | Dallas | TX | 75395-2121 | | 2/21/2025 | $259,548.67 | Supplier |
| SHI | | PO Box 952121 | Dallas | TX | 75395-2121 | | 3/3/2025 | $216,411.72 | Supplier |
| **SHI** | | | | | | | | **$475,960.39** | |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 12/26/2024 | $325.80 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 12/26/2024 | $36,554.58 | Credit Card Payment |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 1/2/2025 | $18.87 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 1/24/2025 | $665.42 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 1/24/2025 | $290.00 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 1/27/2025 | $351.31 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 1/27/2025 | $45,024.22 | Credit Card Payment |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 2/3/2025 | $12.76 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 2/26/2025 | $375.34 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 3/3/2025 | $687.63 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 3/7/2025 | $1,290.84 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 3/7/2025 | $290.00 | Bank fees |
| Silicon Valley Bank | | 3003 Tasman Drive | Santa Clara | CA | 95054 | | 3/10/2025 | $35,925.64 | Credit Card payment |
| Silicon Valley Bank Credit Cards | | | | | | | 12/24/2024 | $258.86 | Credit Card payment |
| **Silicon Valley Bank** | | | | | | | | **$122,071.27** | |
| Snowflake Inc. | | 100 S. Ellsworth Ave.STE 100 | San Mateo | CA | 94401 | | 1/10/2025 | $20,000.00 | Software |
| Snowflake Inc. | | 100 S. Ellsworth Ave.STE 100 | San Mateo | CA | 94401 | | 1/17/2025 | $10,000.00 | Software |
| Snowflake Inc. | | 100 S. Ellsworth Ave.STE 100 | San Mateo | CA | 94401 | | 1/30/2025 | $10,905.00 | Supplier |
| **Snowflake Inc.** | | | | | | | | **$40,905.00** | |
| Standard Insurance Company | | PO Box 5676 | Portland | OR | 97228-5676 | | 12/23/2024 | $11,397.58 | Benefits |
| Standard Insurance Company | | PO Box 5676 | Portland | OR | 97228-5676 | | 1/9/2025 | $1,614.24 | Benefits |
| Standard Insurance Company | | PO Box 5676 | Portland | OR | 97228-5676 | | 1/23/2025 | $12,430.01 | Benefits |
| Standard Insurance Company | | PO Box 5676 | Portland | OR | 97228-5676 | | 2/13/2025 | $10,466.38 | Benefits |
| Standard Insurance Company | | PO Box 5676 | Portland | OR | 97228-5676 | | 3/14/2025 | $6,126.30 | Services |
| Standard Insurance Company | | PO Box 5676 | Portland | OR | 97228-5676 | | 3/19/2025 | $711.72 | Services |
| **Standard Insurance Company** | | | | | | | | **$42,746.23** | |
| State of Delaware | | Carvel State Office Building | Wilmington | DE | 19801 | | | | |
| State of Delaware | | Carvel State Office Building | Wilmington | DE | 19801 | | 3/3/2025 | $40,050.00 | Taxes |
| State of Delaware | | Carvel State Office Building | Wilmington | DE | 19801 | | 3/3/2025 | $300.00 | Taxes |
| State of Delaware | | Carvel State Office Building | Wilmington | DE | 19801 | | 3/3/2025 | $300.00 | Taxes |
| State of Delaware | | Carvel State Office Building | Wilmington | DE | 19801 | | 3/3/2025 | $300.00 | Taxes |
| State of Delaware | | Carvel State Office Building | Wilmington | DE | 19801 | | 3/3/2025 | $300.00 | Taxes |
| State of Delaware | | Carvel State Office Building | Wilmington | DE | 19801 | | 3/3/2025 | $225.00 | Taxes |
| **State of Delaware** | | | | | | | | **$41,475.00** | |
| Sullivan & Cromwell LLP | Attn: Benjamin S. Beller | 125 Broad Street | New York | NY | 10004-2498 | | 2/21/2025 | $97,061.25 | Professional Fees |
| Sullivan & Cromwell LLP | Attn: Benjamin S. Beller | 125 Broad Street | New York | NY | 10004-2498 | | 3/3/2025 | $45,501.25 | Professional Fees |
| Sullivan & Cromwell LLP | Attn: Benjamin S. Beller | 125 Broad Street | New York | NY | 10004-2498 | | 3/13/2025 | $65,461.25 | Professional Fees |
| **Sullivan & Cromwell LLP** | | | | | | | | **$208,023.75** | |
| Westcore Alpha Alameda, LLC | | 4350 La Jolla Village Drive #900 | San Diego | CA | 92122 | | 1/2/2025 | $159,029.37 | Rent |
| **Westcore Alpha Alameda, LLC** | | | | | | | | **$159,029.37** | |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 12/24/2024 | $2,123.54 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 12/26/2024 | $734.50 | Benefits |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 1/7/2025 | $2,101.65 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 1/10/2025 | $4,105.40 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 1/21/2025 | $227.38 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 1/22/2025 | $2,101.65 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 1/24/2025 | $679.50 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 2/5/2025 | $2,101.65 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 2/14/2025 | $3,521.03 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 2/19/2025 | $1,934.60 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 2/25/2025 | $703.25 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 3/4/2025 | $1,730.76 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 3/14/2025 | $2,951.82 | Benefits |
| Wex Health Plan Inc | Attn: Destiny Amundson | 1 Hancock Street | Portland | ME | 04101 | | 3/18/2025 | $1,684.61 | Benefits |
| **Wex Health Plan Inc** | | | | | | | | **$26,701.34** | |
| Woodruff-Sawyer & Co. | | PO Box 103627 | Pasadena | CA | 91189-3627 | | 2/28/2025 | $701,572.00 | Services |
| Woodruff-Sawyer & Co. | | PO Box 103627 | Pasadena | CA | 91189-3627 | | 3/19/2025 | $16,437.67 | Services |
| **Woodruff-Sawyer & Co.** | | | | | | | | **$718,009.67** | |
| | | | | | | | **TOTAL** | **$22,062,975.62** | |

SOFA 4 ATTACHMENT

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 3/29/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 4/12/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 4/26/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 5/10/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 5/24/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 6/7/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 6/21/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 7/5/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 7/19/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 8/2/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 8/16/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 8/30/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 9/13/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 9/27/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 10/11/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 10/25/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 11/8/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 11/22/2024 | $19,230.77 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 11/26/2024 | $3,846.08 | Gross Salary |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 12/12/2024 | $967.48 | Reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 1/3/2025 | $19,230.00 | Post-Employment Contractual Obligation |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 1/17/2025 | $19,230.00 | Post-Employment Contractual Obligation |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 1/31/2025 | $19,230.00 | Post-Employment Contractual Obligation |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 2/14/2025 | $19,230.00 | Post-Employment Contractual Obligation |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 2/28/2025 | $19,230.00 | Post-Employment Contractual Obligation |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 3/29/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 4/12/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 4/26/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 5/10/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 5/24/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 6/7/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 6/21/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 7/5/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 7/19/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 8/2/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 8/16/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 8/30/2024 | $192.31 | Employer 401k Contribution |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 3/29/2024 | $75.00 | Cell reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 4/26/2024 | $75.00 | Cell reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 5/24/2024 | $75.00 | Cell reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 6/21/2024 | $75.00 | Cell reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 7/19/2024 | $75.00 | Cell reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 8/30/2024 | $75.00 | Cell reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 9/27/2024 | $75.00 | Cell reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 10/25/2024 | $75.00 | Cell reimbursement |
| Former Employee 1 | Address on File | | | | | | Former CEO (term 11/26/24) | 11/22/2024 | $75.00 | Cell reimbursement |
| **Former Employee 1** | | | | | | | | | **$450,100.14** | |
| Employee 1 | Address on File | | | | | | Interim CEO | 3/29/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 4/12/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 4/26/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 5/10/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 5/24/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 6/7/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 6/21/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 7/5/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 7/19/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 8/2/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 8/16/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 8/30/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 9/13/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 9/27/2024 | $13,461.54 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 10/11/2024 | $32,461.56 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 10/25/2024 | $17,115.39 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 11/8/2024 | $17,115.39 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 11/22/2024 | $17,115.39 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 11/27/2024 | $267,500.00 | Bonus |
| Employee 1 | Address on File | | | | | | Interim CEO | 12/6/2024 | $20,576.93 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 12/20/2024 | $20,576.93 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 1/3/2025 | $20,576.93 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 1/17/2025 | $20,576.93 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 1/31/2025 | $20,576.93 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 2/14/2025 | $20,576.93 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 2/28/2025 | $20,576.93 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 3/14/2025 | $20,576.93 | Gross Salary |
| Employee 1 | Address on File | | | | | | Interim CEO | 3/18/2025 | $600,000.00 | Bonus |
| Employee 1 | Address on File | | | | | | Interim CEO | 3/29/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 4/12/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 4/26/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 5/10/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 5/24/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 6/7/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 6/21/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 7/5/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 7/19/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 8/2/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 8/16/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 8/30/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 9/13/2024 | $235.58 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 9/27/2024 | $235.58 | Employer 401k Contribution |

SOFA 4 ATTACHMENT
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee 1 | Address on File | | | | | | Interim CEO | 10/11/2024 | $568.08 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 10/25/2024 | $299.52 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 11/8/2024 | $170.85 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 1/3/2025 | $360.10 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 1/17/2025 | $360.10 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 1/31/2025 | $360.10 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 2/14/2025 | $360.10 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 2/28/2025 | $360.10 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 3/14/2025 | $360.10 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 3/18/2025 | $3,714.42 | Employer 401k Contribution |
| Employee 1 | Address on File | | | | | | Interim CEO | 3/29/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 4/26/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 5/24/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 6/21/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 7/19/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 8/30/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 9/27/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 10/25/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 11/22/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 12/20/2024 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 1/31/2025 | $75.00 | Cell reimbursement |
| Employee 1 | Address on File | | | | | | Interim CEO | 2/28/2025 | $75.00 | Cell reimbursement |
| **Employee 1** | | | | | | | | | **$1,315,496.32** | |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 3/29/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 4/12/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 4/26/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 5/10/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 5/24/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 6/7/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 6/21/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 7/5/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 7/19/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 8/2/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 8/16/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 8/30/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 9/13/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 9/27/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 10/11/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 10/25/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 11/8/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 11/22/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 12/6/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 12/20/2024 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 1/3/2025 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 1/17/2025 | $11,538.47 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 1/31/2025 | $14,038.46 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 2/14/2025 | $13,461.54 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 2/28/2025 | $13,461.54 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 3/14/2025 | $13,461.54 | Gross Salary |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 3/18/2025 | $87,500.00 | Bonus |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 3/29/2024 | $230.77 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 4/12/2024 | $230.77 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 4/26/2024 | $230.77 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 5/10/2024 | $230.77 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 5/24/2024 | $40.76 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 1/3/2025 | $230.77 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 1/17/2025 | $230.77 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 1/31/2025 | $280.77 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 2/14/2025 | $269.23 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 2/28/2025 | $269.23 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 3/14/2025 | $269.23 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 3/18/2025 | $1,750.00 | Employer 401k Contribution |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 3/29/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 4/26/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 5/24/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 6/21/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 7/19/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 8/30/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 9/27/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 10/25/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 11/22/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 12/20/2024 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 1/31/2025 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 2/28/2025 | $75.00 | Cell reimbursement |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 4/22/2024 | $241.81 | Expense Report |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 11/4/2024 | $193.00 | Expense Report |
| Employee 2 | Address on File | | | | | | General Counsel and Head of People | 1/1/2025 | $167.66 | Expense Report |
| **Employee 2** | | | | | | | | | **$401,535.73** | |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 3/29/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 3/29/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 4/12/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 4/12/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 4/26/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 4/26/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 5/10/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 5/10/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 5/24/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 5/24/2024 | $230.77 | Fringe benefit |

SOFA 4 ATTACHMENT

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee 3 | Address on File | | | | | | Chief Science Officer | 6/7/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 6/7/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 6/21/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 6/21/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 7/5/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 7/5/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 7/19/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 7/19/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 8/2/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 8/2/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 8/16/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 8/16/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 8/30/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 8/30/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 9/13/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 9/13/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 9/27/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 9/27/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 10/11/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 10/11/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 10/25/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 10/25/2024 | $230.77 | Fringe benefit |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 11/8/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 11/22/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 12/6/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 12/20/2024 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 1/3/2025 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 1/17/2025 | $11,538.46 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 1/31/2025 | $3,846.16 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 2/14/2025 | $3,846.16 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 2/28/2025 | $3,846.16 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 3/14/2025 | $3,846.16 | Gross Salary |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 3/29/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 4/26/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 5/24/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 6/21/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 7/19/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 8/30/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 9/27/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 10/25/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 11/22/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 12/20/2024 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 1/31/2025 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 2/28/2025 | $75.00 | Cell reimbursement |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 3/24/2024 | $1,410.65 | Expense Report |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 3/27/2024 | $558.29 | Expense Report |
| Employee 3 | Address on File | | | | | | Chief Science Officer | 5/14/2024 | $2,036.42 | Expense Report |
| **Employee 3** | | | | | | | | | **$277,828.44** | |
| | | | | | | | | | | |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 3/29/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 4/12/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 4/26/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 5/10/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 5/24/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 6/7/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 6/21/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 7/5/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 7/19/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 8/2/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 8/16/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 8/30/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 9/13/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 9/27/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 10/11/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 10/25/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 11/8/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 11/22/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 12/6/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 12/20/2024 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 1/3/2025 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 1/17/2025 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 1/31/2025 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 2/14/2025 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 2/28/2025 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 3/14/2025 | $16,923.08 | Gross Salary |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 3/14/2025 | $110,000.00 | Post-Employment Contractual Obligation |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 3/29/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 4/12/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 4/26/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 5/10/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 5/24/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 6/7/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 6/21/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 7/5/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 7/19/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 8/2/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 8/16/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 8/30/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 9/13/2024 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 9/27/2024 | $126.92 | Employer 401k Contribution |

SOFA 4 ATTACHMENT

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 10/11/2024 | $115.91 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 1/3/2025 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 1/17/2025 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 1/31/2025 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 2/14/2025 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 2/28/2025 | $126.92 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 3/14/2025 | $169.23 | Employer 401k Contribution |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 3/29/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 4/26/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 5/24/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 6/21/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 7/19/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 8/30/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 9/27/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 10/25/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 11/22/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 12/20/2024 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 1/31/2025 | $75.00 | Cell reimbursement |
| Former Employee 2 | Address on File | | | | | | Former CFO (term 3/14/25) | 2/28/2025 | $75.00 | Cell reimbursement |
| **Former Employee 2** | | | | | | | | | **$553,596.70** | |
| | | | | | | | **TOTAL** | | **$2,998,557.33** | |

In re: Plenty Unlimited Inc.
Case No. 25-90106 (CML)

**Fill in this information to identify the case:**

Debtor name: Plenty Unlimited Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number: 25-90106

☐ Check if this is an
amended filing

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
04/02/2025

DocuSigned by:

*Daniel Malech*

FFFFAD50887C448...

Signature of individual signing on behalf of debtor

Daniel Malech

Printed name

Interim Chief Executive Officer

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes