IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PLENTY UNLIMITED TEXAS LLC, *et al.*,[1] | Case No. 25-90105 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (A) POTENTIAL EXECUTORY
CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED
BY THE DEBTORS PURSUANT TO THE PLAN, (B) CURE AMOUNTS,
IF ANY, AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

On March 24, 2025, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered an order [Docket No. 56] and as modified on April 1, 2025 [Docket No. 123] (the "Disclosure Statement Order"): (a) authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Joint Chapter 11 Plan of Reorganization of Plenty Unlimited Texas LLC and Its Debtor Affiliates* [Docket No. 26 (as such may be modified, amended, or supplemented from time to time hereafter, including all exhibits and supplements thereto, the "Plan"); (b) conditionally approving the *Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Plenty Unlimited Texas LLC and Its Debtor Affiliates* [Docket No. 27] (as such may be modified, amended, or supplemented from time to time hereafter, including all exhibits and supplements thereto, the "Disclosure Statement")[2] as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

The Debtors hereby file this notice (the "Cure Schedule"), which indicates the potential Executory Contracts and Unexpired Leases that the Debtors may potentially assume in connection with the Plan, as listed in **Exhibit 1** attached hereto.[3]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Plenty Unlimited Texas LLC (3500); Plenty Unlimited Inc. (0916); MJNN LLC (N/A); White Farms LLC (N/A); Blue Gardens LLC (8487); Bright Agrotech, Inc. (4106); and P F2 VA LLC (9633). The Debtors' service address is 1461 Commerce Drive, Laramie, WY 82070.

[2] Capitalized terms used but not otherwise defined herein shall have the same meaning as set forth in the Plan or the Disclosure Statement, as applicable.

[3] Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Cure Schedule, nor anything contained in the Plan or each Debtor's schedule of assets and liabilities, shall constitute an admission by the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease capable of assumption, that any Debtor or the Reorganized Debtor has any liability thereunder, or that such Executory Contract or Unexpired Lease is necessarily a binding and enforceable agreement. Further, the Debtors or the Reorganized Debtors, as applicable, expressly reserve the right to (a) alter, amend, modify, or supplement the Potential Assumption Schedule

The Debtors' determination to assume the agreements identified on the Cure Schedule is subject to ongoing review, revision, and further negotiation among the Debtors and interested parties with respect thereto, and to the extent the Debtors decide to reject any agreements, such agreements shall be included on the Debtors' *Rejected Executory Contracts and Unexpired Leases Schedule*, to be filed with the Plan Supplement, on or before May 1, 2025.

The hearing at which the Court will consider the adequacy of the Disclosure Statement and Confirmation of the Plan (the "Combined Hearing") will commence on **May 14, 2025, at 1:00 p.m.**, prevailing Central Time, before the Honorable Christopher M. Lopez, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street, Courtroom 401, Houston, Texas, 77002.[4]

Section 365(b)(1) of the Bankruptcy Code requires a chapter 11 debtor to cure, or provide adequate assurance that it will promptly cure, any defaults under executory contracts and unexpired leases at the time of assumption. Accordingly, the Debtors have conducted a thorough review of their books and records and have determined the amounts required to cure defaults, if any, under the Executory Contract(s) and Unexpired Lease(s), which amounts are listed in **Exhibit 1** hereto. Please note that if no amount is stated for a particular Executory Contract or Unexpired Lease, the Debtors propose no cure amount ($0.00) for such contract or lease.

**PLEASE TAKE NOTICE THAT THE DEBTORS ARE PROPOSING A GLOBAL COMPROMISE AND SETTLEMENT WITH RESPECT TO HOLDERS OF CLAIMS IN CLASS 4 (VIRGINIA MECHANIC'S LIEN CLAIMS), PURSUANT TO WHICH ANY CONTRACT BETWEEN A HOLDER OF A MECHANIC'S LIEN CLAIM AND THE DEBTORS SHALL BE DEEMED TO HAVE A CURE AMOUNT OF $0.00 (WITH THE HOLDER OF SUCH CLAIM RECEIVING THE TREATMENT PROVIDED FOR IN ARTICLE III.B.4 OF THE PLAN IN FULL AND FINAL SATISFACTION OF SUCH CLAIM). ANY COUNTERPARTY TO SUCH EXECUTORY CONTRACT THAT FAILS TO OBJECT TIMELY TO THE PROPOSED ASSUMPTION WILL BE DEEMED TO HAVE CONSENTED TO SUCH ASSUMPTION AND DEEMED TO RELEASE ANY CLAIM OR CAUSE OF ACTION FOR ANY MONETARY DEFAULTS UNDER SUCH EXECUTORY CONTRACT.**

Absent any pending dispute and except as otherwise provided herein or in the Plan, the monetary amounts required to cure any existing defaults arising under the Executory Contract(s)

---

or the Rejected Executory Contract and Unexpired Leases Schedule identified in Article V of the Plan and in the Plan Supplement through the Effective Date, or, if later, after a determination is made by the Court regarding a disputed cure Claim amount, and (b) contest any Claim (or cure amount) asserted in connection with assumption of any Executory Contract or Unexpired Lease.

[4] The Debtors may elect to pursue the sale transaction contemplated by the *Debtors' Emergency Motion for Entry of an Order (I)(A) Approving Bid Procedures and Authorizing Sale Transaction; (B) Approving the Selection of Stalking Horse Bidder and Authorizing the Debtors' Entry Into the Stalking Horse Agreement; (C) Scheduling Auction and Sale Hearing; (D) Approving Sale Notices; (E) Approving Assumption and Assignment Procedures; and (II) Granting Related Relief* [Docket No. 31] in lieu of seeking confirmation of the Plan at the Combined Hearing. In such event, any contract counterparties shall be bound by the cure amounts and procedures set forth in the applicable sale transaction-related assumption notice.

2

and Unexpired Lease(s) identified in **Exhibit 1** will be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the default amount in Cash on the Effective Date, subject to the limitations described in Article V of the Plan, or on such other terms as the parties to such Executory Contracts or Unexpired Leases may otherwise agree (including as indicated in the preceding paragraph).  In the event of a dispute, however, payment of the cure amount would be made following the entry of a final order(s) resolving the dispute and approving the assumption.  If an objection to the proposed assumption or related cure amount is sustained by the Court, however, the Debtors may elect to reject such Executory Contract or Unexpired Lease in lieu of assuming it.[5]

### Objections

The deadline for filing objections to the Plan is **May 6, 2025, at 4:00 p.m.** (prevailing Central Time) (the "Plan Objection Deadline").  Any objection to the Plan (a "Plan Objection") *must*: (a) be in writing; (b) conform to the Bankruptcy Code, Bankruptcy Rules, the Bankruptcy Local Rules, and any orders of the Court; (c) state, with particularity, the basis and nature of the objection(s) and, if practicable, propose modification(s) to the Plan that would resolve such objection; and (d) be filed with the Court on or before the Plan Objection Deadline.

The deadline for filing objections relating solely to any assumption of an Executory Contract or Unexpired Lease (including the proposed cure amount) as contemplated by this Cure Notice or in the Plan Supplement is **May 6, 2025, at 4:00 p.m.** (prevailing Central Time) (the "Executory Contract and Unexpired Lease Assumption Objection Deadline").  Any such objection (an "Assumption Objection") to the Plan must: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules, Local Rules, and the Procedures for Complex Cases in the Southern District of Texas; (c) state, with particularity, the basis and nature of the objection(s); and (d) be filed with the Court on or before the Executory Contract and Unexpired Lease Assumption Objection Deadline and be served on (i) Sidley Austin LLP, 787 7th Ave, New York, NY 10019, Attn: Anthony Grossi (agrossi@sidley.com), Ameneh Bordi (abordi@sidley.com) and Maegan Quejada (mquejada@sidley.com); (ii) counsel to the official committee of unsecured creditors, if any; (iii) the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516 Houston, TX 77002, Attn: Andrew Jiménez, (Andrew.Jimenez@usdoj.gov); (iv) counsel to the Stalking Horse Bidder; and (v) counsel to the Successful Bidder(s) at the address provided in the purchase agreement of the Successful Bid (collectively, the "Objection Notice Parties").

Any Assumption Objections in connection with the assumption of the Executory Contract(s) and Unexpired Lease(s) identified above and/or related cure or adequate assurances proposed in connection therewith that remain unresolved as of the Combined Hearing will be heard at a date fixed by the Court, to be determined.

---

[5] The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights.  If there is any inconsistency between the provisions set forth herein and the Plan, the Plan governs.

> **PLEASE TAKE NOTICE THAT** any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or cure amount will be deemed to have assented to such assumption and cure amount.

PLEASE TAKE FURTHER NOTICE THAT ASSUMPTION OF ANY EXECUTORY CONTRACT OR UNEXPIRED LEASE PURSUANT TO THE PLAN OR OTHERWISE SHALL RESULT IN THE FULL RELEASE AND SATISFACTION OF ANY CLAIMS OR DEFAULTS, WHETHER MONETARY OR NONMONETARY, INCLUDING DEFAULTS OF PROVISIONS RESTRICTING THE CHANGE IN CONTROL OR OWNERSHIP INTEREST COMPOSITION OR OTHER BANKRUPTCY-RELATED DEFAULTS, ARISING UNDER ANY ASSUMED EXECUTORY CONTRACT OR UNEXPIRED LEASE AT ANY TIME BEFORE THE DATE OF THE DEBTORS OR REORGANIZED DEBTORS ASSUME SUCH EXECUTORY CONTRACT OR UNEXPIRED LEASE.  ANY PROOFS OF CLAIM FILED WITH RESPECT TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT HAS BEEN ASSUMED SHALL BE DEEMED DISALLOWED AND EXPUNGED, WITHOUT FURTHER NOTICE TO OR ACTION, ORDER, OR APPROVAL OF THE BANKRUPTCY COURT.

A copy of the Disclosure Statement Order, the Plan and Disclosure Statement (including the Plan Supplement), the Solicitation Procedures, Potential Assumption Schedule, or related documents, such materials are available free of charge by: (a) accessing the Debtors' restructuring website at https://cases.stretto.com/PlentyUnlimited; (b) writing to Plenty Unlimited Texas LLC, et al., Ballot Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (c) calling (855) 994-4202 (toll-free) or (847) 610-7823 (international); or (d) emailing TeamPlentyUnlimited@stretto.com (with "Plenty Solicitation" in the subject line).  You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at https://ecf.txsb.uscourts.gov/.

> **ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE VIII.D CONTAINS A THIRD-PARTY RELEASE.  THUS, PARTIES ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE THEIR RIGHTS MIGHT BE AFFECTED THEREUNDER.**

Dated: April 7, 2025
Houston, Texas

/s/ *Duston K. McFaul*

| | |
|---|---|
| **SIDLEY AUSTIN LLP** <br> Duston McFaul (TX Bar No. 24003309) <br> 1000 Louisiana Street, Suite 5900 <br> Houston, Texas 77002 <br> Telephone: (713) 495-4500 <br> Facsimile:  (713) 495-7799 <br> Email: dmcfaul@sidley.com <br><br> -and- <br><br> Anthony Grossi (admitted *pro hac vice*) <br> Ameneh Bordi (admitted *pro hac vice*) <br> Weiru Fang (admitted *pro hac vice*) <br> 787 Seventh Avenue <br> New York, New York 10019 <br> Telephone: (212) 839-5300 <br> Facsimile: (212) 839-5599 <br> Email:  agrossi@sidley.com <br>            abordi@sidley.com <br>            weiru.fang@sidley.com <br><br> *Proposed Co-Counsel to the Debtors and Debtors in Possession* | **WILSON SONSINI GOODRICH & ROSATI** <br> Erin Fay (admitted *pro hac vice*) <br> 222 Delaware Ave #800 <br> Wilmington, DE 19801 <br> Telephone: (302) 304-7600 <br> Facsimile: (650) 493-9301 <br> Email:  efay@wsgr.com <br><br> *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

**Exhibit 1**

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. | Advanced Chemical Transport, Inc (d/b/a ACTenviro) | Outstanding proposals and statements of work issued under the Master Services Agreement, including sampling and VOC analysis, facility closure planning and reporting, deactivation of permits, lab pack and profiled waste transportation and disposal, and associated supplies, labor, transportation, and fees. | TBD |
| Plenty Unlimited Inc. | AdvantaStaff | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Aetna Health of California | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | AgileBits inc. | Software Subscription Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $5,921 |
| Plenty Unlimited Inc. | ALLSOP Inc | Lease Agreement and all amendments and ancillary agreements related thereto | $24,674 |
| Plenty Unlimited Inc. | Aon Consulting Inc. | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Barry Wehmiller Design Group, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | See Plan Art. V.D |
| Plenty Unlimited Inc. | Black Hills Energy | Utility Service Contract and all ancillary agreements related thereto | $2,169 |
| P F2 VA LLC | C&G AG , LLC | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | CenturyLink Communications LLC (dba Lumen) | Renewal order for fiber-based WAN data services under existing service terms, including monthly recurring charges and governed by the existing master service agreement and applicable service exhibits. | $7,490 |
| Plenty Unlimited Inc. | Charter Communications Operating, LLC | Service order for internet and IP services, including fiber internet and static IPs, governed by Spectrum's Enterprise Commercial Terms of Service and related service agreement. | $3,191 |
| Plenty Unlimited Inc. | Circle Internet Services, Inc. | Software Subscription Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| P F2 VA LLC | Columbia Gas of Virginia, Inc | Commercial/Industrial Line Extension Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| P F2 VA LLC | Comcast Cable Communications Management, LLC | Master Services Agreement and associated Sales Order for dedicated internet access and static IP services, governed by Comcast's Enterprise Services General Terms and Conditions and Product-Specific Attachments. | $6,755 |
| Plenty Unlimited Inc. | CONTROLLED ENVIRONMENTS INC. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Corporation Service Company | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $5,642 |
| Plenty Unlimited Inc. | CSU Spur | University Services Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $3,100 |
| Plenty Unlimited Inc. / P F2 VA LLC | Cumming Management Group, Inc. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | DataDog, Inc. | Software Subscription Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $4,431 |
| Plenty Unlimited Inc. | DBT CLOUD | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Deca Fabricators LLC | General Terms and Conditions for CapEx purchases, including terms governing purchase orders, statements of work, supply agreements, pricing, delivery, intellectual property, warranties, and indemnities. | TBD |
| Plenty Unlimited Inc. | Deel, Inc | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Delta Systems Environmental, LLC | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Digital Silk Inc. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| P F2 VA LLC | Dominion Energy Virginia | Agreement for Electric Service, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| P F2 VA LLC | Driscoll's Inc. | Master Grower Services Agreement with all executed Plant Orders, quality assurance amendments, service protocols, packaging obligations, and all other ancillary documents, schedules, or change orders issued in connection therewith. | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Ecolab Pest Elimination Division | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Ecolab USA Inc | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $7,546 |
| Plenty Unlimited Inc. | Ecolab, Inc | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $7,039 |
| Plenty Unlimited Inc. / P F2 VA LLC | ECS Mid-Atlantic, LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | See Plan Art. V.D |
| Plenty Unlimited Inc. / P F2 VA LLC | EMSCO LLC | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Eppendorf North America, Inc | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| P F2 VA LLC | F.G. Pruitt Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Facility Dynamics Engineering Corp. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | FedEx | Transportation Services Agreement for domestic and international shipping services, including pricing terms, earned discount program, surcharge modifications, and obligations relating to the use of FedEx service platforms and account numbers. | $12,648 |
| Plenty Unlimited Inc. | FRESHWORKS INC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto related to the Fresh Service contract, only | $27,900 |
| Plenty Unlimited Inc. | Github, Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $30,725 |
| Plenty Unlimited Inc. | Hickey & Associates, LLC | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $6,625 |
| Plenty Unlimited Inc. | High Plains Janitorial | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $7,350 |
| Plenty Unlimited Inc. / P F2 VA LLC | IFM Efector, Inc | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Impello Biosciences, Inc | Material Transfer Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $5,030 |
| Plenty Unlimited Inc. | Inductive Automation, LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Industrial TurnAround Corporation | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | See Plan Art. V.D |
| Plenty Unlimited Inc. | Ironclad, Inc. | Software Subscription Agreement, and all other software, service, or ancillary agreements related thereto | $25,450 |
| Plenty Unlimited Inc. / P F2 VA LLC | ITW Food Equipment Group LLC | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | See Plan Art. V.D |
| Plenty Unlimited Inc. / P F2 VA LLC | Jacobs Engineering Group Inc. | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | JAMF Software, LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $9,351 |
| Plenty Unlimited Inc. | JMP Statistical Discovery, LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $18,816 |
| Plenty Unlimited Inc. | Johnson's Controls, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $13,652 |

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. | Kaiser Foundation Health Plan Inc | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Kennerley-Spratling, Inc. | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Bright Agrotech, Inc. | Laramie Chamber Business Alliance | Project Development and Administration Agreement, lease Agreement and all amendments and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Lazy A Land Company, LLC | Lease Agreement and all amendments and ancillary agreements related thereto | $29,817 |
| Plenty Unlimited Inc. / P F2 VA LLC | Legro USA, Inc. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Li-Cor, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $2,119 |
| Plenty Unlimited Inc. | LinkedIn Corporation | Annual subscription agreement for LinkedIn Learning Hub services, billed for 250 seats, with invoicing and payment terms set forth in the related invoice. | $56,970 |
| Plenty Unlimited Inc. | Litera | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | MBQ Cloud, Inc. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $67,600 |
| Plenty Unlimited Inc. | Mean Well USA INC. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Metropolitan Life Insurance Company | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Navan, Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | NAVEX Global, Inc. | Order Form issued under the Master Services Agreement, covering compliance awareness services including digital templates, posters, brochures, wallet cards, and a micro learning course, with limited standard customization and associated setup fees. | $5,434 |
| Plenty Unlimited Inc. / P F2 VA LLC | NEWFRONT INSURANCE SERVICES LLC | Insurance proposal, including builders risk, owners interest general liability, and excess liability coverage, with policy summaries, exclusions, subjectivities, and premium breakdowns. | $28,909 |
| Plenty Unlimited Inc. / P F2 VA LLC | Newfront Retirement Services | Insurance policy, and all ancillary agreements related thereto | $7,084 |
| Plenty Unlimited Inc. | Nielsen Consumer LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| P F2 VA LLC | NOPE Compost Co. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | North Coast Electric Company | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | Nutrien Ag Solutions, Inc - Watsonville | Warehouse Agreement | TBD |
| Plenty Unlimited Inc. | Nvoicepay, Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $2,443 |
| Plenty Unlimited Inc. / P F2 VA LLC | OCS IntelliTrak, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | See Plan Art. V.D |
| Plenty Unlimited Inc. | Onix Networking Group | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $21,250 |
| Plenty Unlimited Inc. / P F2 VA LLC | Opulent Techno Pte. Ltd. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Pacific West Security, Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $755 |
| Plenty Unlimited Inc. | ParSource | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $0 |

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. | Paylocity Corporation | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $595 |
| Plenty Unlimited Inc. / P F2 VA LLC | PB Tec USA Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto. | See Plan Art. V.D |
| Plenty Unlimited Inc. / P F2 VA LLC | Pine Environmental Services LLC | All equipment rental agreements, standard terms and conditions, executed addenda, and any related service, maintenance, shipping, invoicing, or confidentiality obligations arising therefrom or in connection therewith. | TBD |
| Plenty Unlimited Inc. | Prihoda North America | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Procore Technologies, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Realty Income Corporation | Lease Agreement and all amendments and ancillary agreements related thereto | $223,548 |
| Plenty Unlimited Inc. | Regus Management Group, LLC | Office Service Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Republic Services, Inc | Customer Service Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $19,214 |
| Plenty Unlimited Inc. / P F2 VA LLC | Rexel | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| P F2 VA LLC | Riggers Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Righthub | Subscription Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $5,519 |
| Plenty Unlimited Inc. | Rocky Mountain Air Solutions | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $5,298 |
| Plenty Unlimited Inc. | Rocky Mountain Power | Utility Service Contract and all ancillary agreements related thereto | $4,541 |
| Plenty Unlimited Inc. | Salesforce | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $896 |
| Plenty Unlimited Inc. / P F2 VA LLC | SAMCO Machinery Ltd | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | SCS Global Services | SCS Professional Services Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | SendCutSend, Inc. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | SHI | All services and software support agreements including: Adobe, Atlassian, Autodesk, CrowdStrike, M365, Meraki, OKTA, OpsGenie, PFPT, Sumo Logic, VMWare, Microsoft 365 Teams, Amazon Web Services, as well as all ancillary agreements related thereto | $130,126 |
| Plenty Unlimited Inc. | Spring Care, Inc. | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Standard Insurance Company | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | STITCHDATA.COM | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Systecon LLC | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | THE REGENTS OF U.C | Test Agreement for Watercress, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | The Standard Life Insurance Company of New York | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Timmons Group | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. / P F2 VA LLC | Trane U.S. Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | See Plan Art. V.D |
| Plenty Unlimited Inc. | TrySparrow.com, Inc | All outstanding sales quotes or purchase orders and all ancillary agreements, including the Nondisclosure Agreement, related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | UL LLC | Global Service Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | UniFirst Corporation | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | urban-gro, Inc. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Verizon | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $3,175 |
| P F2 VA LLC | Whiting-Turner Contracting Company and Subcontractors to the Virginia Farm | AIA Document A102-2017 Standard Form of Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | See Plan Art. V.D |
| Plenty Unlimited Inc. / P F2 VA LLC | Wilco Imaging Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Woodruff-Sawyer & Co. | Insurance proposal, including D&O, Crime, Fiduciary liability, and Cyber liability coverage, with policy summaries, exclusions, subjectivities, and premium breakdowns. | $0 |
| Plenty Unlimited Inc. | YSI Inc | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $9,652 |