**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PLENTY UNLIMITED TEXAS LLC, *et al.*[1] | Case No. 25-90105 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (A) POTENTIAL EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE POTENTIALLY ASSUMED BY THE SUCCESSFUL BIDDER PURSUANT TO A SALE TRANSACTION, (B) CURE AMOUNTS, IF ANY, AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

On March 24, 2025, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered an order [Docket No. 57] (the "Bid Procedures Order"): (a) approving the proposed bid procedures (the "Bid Procedures")[2] by which the Debtors will solicit and select the highest or otherwise best bid for the sale or disposition of some or all of the Assets and/or New Equity Interests (each as defined below) (any such sale or disposition, a "Sale Transaction") and authorizing the Sale Transaction(s); (b) approving the selection of the Stalking Horse Bidder and authorizing the Debtors' entry into the Stalking Horse Agreement; (c) scheduling an auction of the Assets (the "Auction") and a hearing for the approval of any Sale Transaction (the "Sale Hearing"); (d) approving the form and manner of notice for sale of the Assets, the Auction, and the Sale Hearing; (e) approving procedures for the assumption or assumption and assignment of executory contracts or unexpired leases in a Sale Transaction (collectively, the "365 Contracts"), and the Debtors' calculation of the amount necessary to cure any monetary defaults under such 365 Contracts (the "Cure Amounts"); and (f) granting related relief.

The Debtors hereby file this notice (the "Cure Schedule"), which indicates the potential 365 Contracts that may be assumed and assigned in connection with a Sale Transaction, as listed in **Exhibit 1** attached hereto.[3]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each of the Debtors' federal tax identification numbers, are: Plenty Unlimited Texas LLC (3500); Plenty Unlimited Inc. (0916); MJNN LLC (N/A); White Farms LLC (N/A); Blue Gardens LLC (8487); Bright Agrotech, Inc. (4106); and P F2 VA LLC (9633). The Debtors' service address is 1461 Commerce Drive, Laramie, WY 82070.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bid Procedures or the motion seeking approval thereof [Docket No. 31], as applicable.

[3] Neither the exclusion nor inclusion of any 365 Contract on the Cure Schedule, nor anything contained in each Debtor's schedule of assets and liabilities, shall constitute an admission by the Debtors that any such contract or lease is in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Debtors expressly reserve the right to (a) alter, amend, modify, or supplement Cure Schedule in accordance with the Bid Procedures.

The hearing at which the Court will consider approval of a Sale Transaction, if any, will commence on **May 14, 2025, at 1:00 p.m.**, prevailing Central Time, before the Honorable Christopher M. Lopez, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street, Courtroom 401, Houston, Texas, 77002.[4]

Each of the 365 Contracts that may be assumed and assigned in connection with the Sale Transaction with the Successful Bidder and the Debtors' calculation of the Cure Amounts with respect thereto are set forth on **Exhibit 1** hereto. The Cure Amounts are the only amounts proposed to be paid upon the assumption and assignment of the 365 Contracts. Please note that if no amount is stated for a particular 365 Contract, the Debtors propose no cure amount ($0.00) for such contract or lease.

**Notwithstanding the inclusion of any 365 Contract on Exhibit 1, neither the Debtors nor the Successful Bidder are obligated to assume or assume and assign any 365 Contract identified on Exhibit 1. If you disagree with the proposed Cure Amounts or to the assumption, assignment, or designation of a 365 Contract identified on Exhibit 1, you must file an objection in accordance with the instructions below.**

## Objections

The deadline for filing objections to the assumption, assignment, or designation of a 365 Contract identified on **Exhibit 1 (including the proposed Cure Amounts)** is **May 6, 2025, at 4:00 p.m.** (prevailing Central Time) (the "365 Contract Objection Deadline").

Any such objection must: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules, Local Rules, and the Procedures for Complex Cases in the Southern District of Texas; (c) state with specificity the grounds for such objection, including, without limitation, the basis for objecting to the assumption and assignment of the applicable 365 Contract, adequate assurance of future performance, the fully liquidated Cure Amount and the legal and factual bases for any unliquidated Cure Amount that the Counterparty believes is required to be paid under Bankruptcy Code sections 365(b)(1)(A) and (B) for the applicable 365 Contract, along with the specific nature and dates of any alleged defaults, the pecuniary losses, if any, resulting therefrom, and the conditions giving rise thereto; and (d) be filed with the Court on or before the 365 Contract Objection Deadline and be served on (i) Sidley Austin LLP, 787 7th Ave, New York, NY 10019, Attn: Anthony Grossi (agrossi@sidley.com), Ameneh Bordi (abordi@sidley.com) and Maegan Quejada (mquejada@sidley.com); (ii) counsel to the official committee of unsecured creditors, if any; (iii) the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516 Houston, TX 77002, Attn: Andrew Jiménez, (Andrew.Jimenez@usdoj.gov); (iv) counsel to the

---

[4] The Debtors are seeking confirmation of their *Joint Chapter 11 Plan of Reorganization of Plenty Unlimited Texas LLC and Its Debtor Affiliates* [Docket No. 26] (as such may be modified, amended, or supplemented from time to time hereafter, including all exhibits and supplements thereto, the "Plan"). In the event the Plan is confirmed, any contract counterparties shall be bound by the cure amounts and procedures set forth in the applicable Plan-related assumption notice.

Stalking Horse Bidder; and (v) counsel to the Successful Bidder(s) at the address provided in the purchase agreement of the Successful Bid (collectively, the "Objection Notice Parties").

**PLEASE TAKE FURTHER NOTICE THAT any counterparty to a 365 Contract that fails to object timely to the proposed assumption or Cure Amount will be deemed to have assented to such assumption and cure amount.**

PLEASE TAKE FURTHER NOTICE THAT IF A COUNTERPARTY FAILS TO FILE WITH THE COURT AND SERVE ON THE OBJECTION NOTICE PARTIES A TIMELY CONTRACT OBJECTION, THE COUNTERPARTY SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION WITH REGARD TO THE AMOUNT TO CURE, ANY DEFAULT UNDER THE APPLICABLE 365 CONTRACT, THE ASSUMPTION AND ASSIGNMENT OF SUCH 365 CONTRACT, OR THE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE PROVIDED. THE CURE AMOUNTS SET FORTH ON EXHIBIT 1 HERETO SHALL BE CONTROLLING AND WILL BE THE ONLY AMOUNT NECESSARY TO CURE OUTSTANDING DEFAULTS UNDER THE APPLICABLE CONTRACT UNDER BANKRUPTCY CODE SECTION 365(B), NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE 365 CONTRACT, OR ANY OTHER DOCUMENT, ABSENT THE FILING OF A TIMELY CONTRACT OBJECTION, THE APPLICABLE COUNTERPARTY SHALL BE FOREVER BARRED FROM ASSERTING ANY ADDITIONAL CURE OR OTHER AMOUNTS WITH RESPECT TO SUCH CONTRACT AGAINST THE DEBTORS, ANY SUCCESSFUL BIDDER, OR THE PROPERTY OF ANY OF THEM.

### Contract Objection Hearing

Objections to 365 Contracts that cannot be resolved by the parties will be heard by the Court on the Sale Hearing date, **May 14, 2025 at 1:00 p.m. prevailing Central Time** (which date may be adjourned or rescheduled upon notice by the Debtors).

### Additional Information

A copy of the Bid Procedures Order or related documents, such materials are available free of charge by: (a) accessing the Debtors' restructuring website at https://cases.stretto.com/PlentyUnlimited; (b) writing to Plenty Unlimited Texas LLC, et al., Ballot Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (c) calling (855) 994-4202 (toll-free) or (847) 610-7823 (international); or (d) emailing TeamPlentyUnlimited@stretto.com (with "Plenty Solicitation" in the subject line). You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at https://ecf.txsb.uscourts.gov/.

[*Remainder of the page intentionally left blank.*]

Dated: April 7, 2025
Houston, Texas

/s/ *Duston K. McFaul*

| | |
|---|---|
| **SIDLEY AUSTIN LLP** | **WILSON SONSINI GOODRICH & ROSATI** |
| Duston K. McFaul (TX Bar No. 24003309) | |
| 1000 Louisiana Street, Suite 5900 | Erin Fay (admitted *pro hac vice*) |
| Houston, Texas 77002 | 222 Delaware Ave #800 |
| Telephone:     (713) 495-4500 | Wilmington, DE 19801 |
| Facsimile:       (713) 495-7799 | Telephone: (302) 304-7600 |
| Email:             dmcfaul@sidley.com | Facsimile: (650) 493-9301 |
| | Email:  efay@wsgr.com |

Anthony Grossi (admitted *pro hac vice*)
Ameneh Bordi (admitted *pro hac vice* )
Weiru Fang (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:  agrossi@sidley.com
            abordi@sidley.com
            weiru.fang@sidley.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

**Exhibit 1**

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. | Advanced Chemical Transport, Inc (d/b/a ACTenviro) | Outstanding proposals and statements of work issued under the Master Services Agreement, including sampling and VOC analysis, facility closure planning and reporting, deactivation of permits, lab pack and profiled waste transportation and disposal, and associated supplies, labor, transportation, and fees. | TBD |
| Plenty Unlimited Inc. | AdvantaStaff | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Aetna Health of California | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | AgileBits inc. | Software Subscription Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $5,921 |
| Plenty Unlimited Inc. | ALLSOP Inc | Lease Agreement and all amendments and ancillary agreements related thereto | $24,674 |
| Plenty Unlimited Inc. | Aon Consulting Inc. | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Barry Wehmiller Design Group, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Black Hills Energy | Utility Service Contract and all ancillary agreements related thereto | $2,169 |
| P F2 VA LLC | C&G AG , LLC | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | CenturyLink Communications LLC (dba Lumen) | Renewal order for fiber-based WAN data services under existing service terms, including monthly recurring charges and governed by the existing master service agreement and applicable service exhibits. | $7,490 |
| Plenty Unlimited Inc. | Charter Communications Operating, LLC | Service order for internet and IP services, including fiber internet and static IPs, governed by Spectrum's Enterprise Commercial Terms of Service and related service agreement. | $3,191 |
| Plenty Unlimited Inc. | Circle Internet Services, Inc. | Software Subscription Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| P F2 VA LLC | Columbia Gas of Virginia, Inc | Commercial/Industrial Line Extension Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| P F2 VA LLC | Comcast Cable Communications Management, LLC | Master Services Agreement and associated Sales Order for dedicated internet access and static IP services, governed by Comcast's Enterprise Services General Terms and Conditions and Product-Specific Attachments. | $6,755 |
| Plenty Unlimited Inc. | CONTROLLED ENVIRONMENTS INC. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Corporation Service Company | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $5,642 |
| Plenty Unlimited Inc. | CSU Spur | University Services Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $3,100 |
| Plenty Unlimited Inc. / P F2 VA LLC | Cumming Management Group, Inc. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | DataDog, Inc. | Software Subscription Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $4,431 |
| Plenty Unlimited Inc. | DBT CLOUD | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Deca Fabricators LLC | General Terms and Conditions for CapEx purchases, including terms governing purchase orders, statements of work, supply agreements, pricing, delivery, intellectual property, warranties, and indemnities. | TBD |
| Plenty Unlimited Inc. | Deel, Inc | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Delta Systems Environmental, LLC | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. | Digital Silk Inc. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| P F2 VA LLC | Dominion Energy Virginia | Agreement for Electric Service, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| P F2 VA LLC | Driscoll's Inc. | Master Grower Services Agreement with all executed Plant Orders, quality assurance amendments, service protocols, packaging obligations, and all other ancillary documents, schedules, or change orders issued in connection therewith. | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Ecolab Pest Elimination Division | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Ecolab USA Inc | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $7,546 |
| Plenty Unlimited Inc. | Ecolab, Inc | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $7,039 |
| Plenty Unlimited Inc. / P F2 VA LLC | ECS Mid-Atlantic, LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | EMSCO LLC | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Eppendorf North America, Inc | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| P F2 VA LLC | F.G. Pruitt Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Facility Dynamics Engineering Corp. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | FedEx | Transportation Services Agreement for domestic and international shipping services, including pricing terms, earned discount program, surcharge modifications, and obligations relating to the use of FedEx service platforms and account numbers. | $12,648 |
| Plenty Unlimited Inc. | FRESHWORKS INC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto related to the Fresh Service contract, only | $27,900 |
| Plenty Unlimited Inc. | Github, Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $30,725 |
| Plenty Unlimited Inc. | Hickey & Associates, LLC | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $6,625 |
| Plenty Unlimited Inc. | High Plains Janitorial | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $7,350 |
| Plenty Unlimited Inc. / P F2 VA LLC | IFM Efector, Inc | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Impello Biosciences, Inc | Material Transfer Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $5,030 |
| Plenty Unlimited Inc. | Inductive Automation, LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Industrial TurnAround Corporation | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Ironclad, Inc. | Software Subscription Agreement, and all other software, service, or ancillary agreements related thereto | $25,450 |
| Plenty Unlimited Inc. / P F2 VA LLC | ITW Food Equipment Group LLC | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | Jacobs Engineering Group Inc. | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | JAMF Software, LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $9,351 |

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. | JMP Statistical Discovery, LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $18,816 |
| Plenty Unlimited Inc. | Johnson's Controls, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $13,652 |
| Plenty Unlimited Inc. | Kaiser Foundation Health Plan Inc | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Kennerley-Spratling, Inc. | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Bright Agrotech, Inc. | Laramie Chamber Business Alliance | Project Development and Administration Agreement, lease Agreement and all amendments and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Lazy A Land Company, LLC | Lease Agreement and all amendments and ancillary agreements related thereto | $29,817 |
| Plenty Unlimited Inc. / P F2 VA LLC | Legro USA, Inc. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Li-Cor, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $2,119 |
| Plenty Unlimited Inc. | LinkedIn Corporation | Annual subscription agreement for LinkedIn Learning Hub services, billed for 250 seats, with invoicing and payment terms set forth in the related invoice. | $56,970 |
| Plenty Unlimited Inc. | Litera | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | MBQ Cloud, Inc. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $67,600 |
| Plenty Unlimited Inc. | Mean Well USA INC. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Metropolitan Life Insurance Company | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Navan, Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | NAVEX Global, Inc. | Order Form issued under the Master Services Agreement, covering compliance awareness services including digital templates, posters, brochures, wallet cards, and a micro learning course, with limited standard customization and associated setup fees. | $5,434 |
| Plenty Unlimited Inc. / P F2 VA LLC | NEWFRONT INSURANCE SERVICES LLC | Insurance proposal, including builders risk, owners interest general liability, and excess liability coverage, with policy summaries, exclusions, subjectivities, and premium breakdowns. | $28,909 |
| Plenty Unlimited Inc. / P F2 VA LLC | Newfront Retirement Services | Insurance policy, and all ancillary agreements related thereto | $7,084 |
| Plenty Unlimited Inc. | Nielsen Consumer LLC | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| P F2 VA LLC | NOPE Compost Co. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | North Coast Electric Company | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | Nutrien Ag Solutions, Inc - Watsonville | Warehouse Agreement | TBD |
| Plenty Unlimited Inc. | Nvoicepay, Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $2,443 |
| Plenty Unlimited Inc. / P F2 VA LLC | OCS IntelliTrak, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Onix Networking Group | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $21,250 |

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. / P F2 VA LLC | Opulent Techno Pte. Ltd. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Pacific West Security, Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $755 |
| Plenty Unlimited Inc. | ParSource | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Paylocity Corporation | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $595 |
| Plenty Unlimited Inc. / P F2 VA LLC | PB Tec USA Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto. | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | Pine Environmental Services LLC | All equipment rental agreements, standard terms and conditions, executed addenda, and any related service, maintenance, shipping, invoicing, or confidentiality obligations arising therefrom or in connection therewith. | TBD |
| Plenty Unlimited Inc. | Prihoda North America | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Procore Technologies, Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Realty Income Corporation | Lease Agreement and all amendments and ancillary agreements related thereto | $223,548 |
| Plenty Unlimited Inc. | Regus Management Group, LLC | Office Service Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Republic Services, Inc | Customer Service Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $19,214 |
| Plenty Unlimited Inc. / P F2 VA LLC | Rexel | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| P F2 VA LLC | Riggers Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Righthub | Subscription Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $5,519 |
| Plenty Unlimited Inc. | Rocky Mountain Air Solutions | Supply Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $5,298 |
| Plenty Unlimited Inc. | Rocky Mountain Power | Utility Service Contract and all ancillary agreements related thereto | $4,541 |
| Plenty Unlimited Inc. | Salesforce | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $896 |
| Plenty Unlimited Inc. / P F2 VA LLC | SAMCO Machinery Ltd | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | SCS Global Services | SCS Professional Services Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | SendCutSend, Inc. | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | SHI | All services and software support agreements including: Adobe, Atlassian, Autodesk, CrowdStrike, M365, Meraki, OKTA, OpsGenie, PFPT, Sumo Logic, VMWare, Microsoft 365 Teams, Amazon Web Services, as well as all ancillary agreements related thereto | $130,126 |
| Plenty Unlimited Inc. | Spring Care, Inc. | Services agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | Standard Insurance Company | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | STITCHDATA.COM | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |

| Debtor | Counter Party | Description of assumed contract or lease | Cure Amount |
|---|---|---|---|
| Plenty Unlimited Inc. | Systecon LLC | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | THE REGENTS OF U.C | Test Agreement for Watercress, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. | The Standard Life Insurance Company of New York | Insurance policy, and all ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Timmons Group | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | Trane U.S. Inc. | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | TrySparrow.com, Inc | All outstanding sales quotes or purchase orders and all ancillary agreements, including the Nondisclosure Agreement, related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | UL LLC | Global Service Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | UniFirst Corporation | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | urban-gro, Inc. | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $0 |
| Plenty Unlimited Inc. / P F2 VA LLC | Verizon | Master Services Agreement, all outstanding sales quotes and purchase orders, and all other service and ancillary agreements related thereto | $3,175 |
| P F2 VA LLC | Whiting-Turner Contracting Company and Subcontractors to the Virginia Farm | AIA Document A102-2017 Standard Form of Agreement, all outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. / P F2 VA LLC | Wilco Imaging Inc | All outstanding sales quotes, proposals or purchase orders, and all other service and ancillary agreements related thereto | TBD |
| Plenty Unlimited Inc. | Woodruff-Sawyer & Co. | Insurance proposal, including D&O, Crime, Fiduciary liability, and Cyber liability coverage, with policy summaries, exclusions, subjectivities, and premium breakdowns. | $0 |
| Plenty Unlimited Inc. | YSI Inc | General Terms and Conditions, all service agreements, outstanding sales quotes and purchase orders, and ancillary agreements related thereto | $9,652 |